JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corporation

**(b)** County of Residence of First Listed Plaintiff: Cumberland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gregory J. Mann, Esquire
1787 Sentry Parkway West, Veva 16, Ste. 210
Blue Bell, PA 19422

## DEFENDANTS

Advanced Services Solutions, Inc.
and
International Insurance Company of Hannover SE

County of Residence of First Listed Defendant: Atlantic
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Mitchell Ayes, Esquire
103 Einsenhower Parkway, Ste. 400
Roseland, NJ 07068

Randy C. Greene, Esquire
1880 JFK Blvd., Ste. 1400
Philadelphia, PA 19103

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1441and Section 1446

Brief description of cause:
Diversity

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE DOCKET NUMBER

DATE 3/25/19

SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 30 Hunter Lane, Camp Hill, PA 19011

Address of Defendant: 11 South Third Street, P.O. Box 573, Hammonton, NJ 08037 and Roderbruchstraβe 26, 30655 Hannover, Germany

Place of Accident, Incident or Transaction: Delaware County, Pennsylvania

***RELATED CASE, IF ANY:***

Case Number: ______ Judge: ______ Date Terminated: ______

Civil cases are deemed related when ***Yes*** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes ☐ No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes ☐ No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? Yes ☐ No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? Yes ☐ No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☑ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: ______ [signature] *Attorney-at-Law / Pro Se Plaintiff* ______ *Attorney I.D. # (if applicable)*

**CIVIL: (Place a √ in one category only)**

*A. Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify):* ______

*B. Diversity Jurisdiction Cases:*

☑ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* ______
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify):* ______

### ARBITRATION CERTIFICATION

*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Randy C. Greene, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 3/25/19 [signature] *Attorney-at-Law / Pro Se Plaintiff* 62692 *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corp. | : | CIVIL ACTION |
| v. | : | |
| Advanced Service Solutions, Inc., et.al. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (x)

| | | |
|---|---|---|
| | Randy C. Greene, Esquire | |
| **Date** | **Attorney-at-law** | **Attorney for** Defendant, Hannover |
| 215-563-3500 | 215-563-5610 | rcgreene@dbmplaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**In the UNITED STATES DISTRICT COURT**
**for the EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RITE AID HDQTRS CORP. d/b/a RITE AID CORPORATION** **Plaintiff** <br> **v.** <br> **ADVANCED SERVICE SOLUTIONS, INC.** <br> **And** <br> **INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE** **Defendants** | **CIVIL ACTION** <br> **NO. 19-CV-** |

**DEFENDANTS' NOTICE OF REMOVAL**

To the Honorable Judges of the United States District Court
for the Eastern District of Pennsylvania

Defendant, HDI Global Specialty SE, incorrectly identified as International Insurance Company of Hannover SE (hereinafter "Hannover"), files this Notice of Removal of this action from the Court of Common Pleas of Philadelphia County Pennsylvania in which it is now pending to the United States District Court for the Eastern District of Pennsylvania, and in support thereof states:

1. Petitioners exercise their rights under 28 U.S.C. §1441 to remove this action from the Philadelphia County Court of Common Pleas in which it is now pending.

2. This action is docketed in Court of Common Pleas of Philadelphia County at Docket Number 190201821.

3. The Complaint was served upon removing defendant Hannover no later than

February 25, 2019.

4.      This is an action in which the District Courts of the United States have original jurisdiction, in particular, jurisdiction based upon diversity of citizenship pursuant to 28 U.S.C. § 1332.

5.      The plaintiff and defendant are completely diverse.

6.      Plaintiff is a Delaware corporation with a principal place of business at 30 Hunter Lane, Camp Hill, Pennsylvania, and is a citizen of Delaware and Pennsylvania.

7.      Defendant Hannover is a German corporation with a principal place of business at Roderbruchstraβe 26, 30655 Hannover, Germany, and is a citizen of a foreign state.

8.      Defendant Advanced Services Solutions, Inc. is a New Jersey corporation with principal place of business at 11 South Third Street, Hammonton, New Jersey, and is a citizen of New Jersey.

9.      All defendants consent to the removal of this action.

10.     Based upon the allegations of the complaint, the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs.

11.     A copy of the complaint received by defendant is attached and incorporated.

12.     This notice is timely as it is being filed within thirty days of service of any pleading or other document identifying removable claims.

13.     Pursuant to 28 U.S.C. § 1446, a copy of this Notice is being filed with the Court of Common Pleas of Philadelphia County, Pennsylvania..

Wherefore, notice is hereby given that this action is removed to the United States District Court for the Eastern District of Pennsylvania.

DUGAN, BRINKMANN, MAGINNIS AND PACE

Randy C. Greene, Esquire
Attorney for Defendant, HDI Global Specialty SE incorrectly identified as International Insurance Company of Hannover SE
1880 John F. Kennedy Boulevard, 14th Fl.
Philadelphia, PA 19103
215-563-3500
Fax – 215-563-5610
Email: rcgreene@dbmplaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that service of a true and correct copy of the within Notice of Removal was made on the 25th day of March, 2019, to the below listed counsel by United States Mail, postage prepaid.

Gregory J. Mann, Esquire
1787 Sentry Parkway West
Veva 16, Ste. 210
Blue Bell, PA 19422

Advanced Services Solutions, Inc.
c/o Mitchell Ayes, Esquire
103 Eisenhower Parkway, Ste. 400
Roseland, NJ 07068

DUGAN, BRINKMANN, MAGINNIS AND PACE

Randy C. Greene, Esquire
Attorney for Defendant, HDI Global Specialty SE ("HGS") incorrectly identified as International Insurance Company of Hannover SE
1880 John F. Kennedy Boulevard, 14th Fl.
Philadelphia, PA 19103
215-563-3500
Fax – 215-563-5610
Email: rcgreene@dbmplaw.com

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

Filed and Attested by the Office of Judicial Records 19 FEB 2019 11:59 am M. BRYANT

| | | |
|---|---|---|
| RITE AID HDQTRS CORP. d/b/a RITE AID CORPORATION<br>30 Hunter Lane<br>Camp Hill, PA 17011 | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PA |
| | : | FEBRUARY TERM, 2019 |
| v. | : | NO. |
| ADVANCED SERVICE SOLUTIONS, INC.<br>11 South Third Street<br>PO Box 573<br>Hammonton, NJ 08037-0573 | : | JURY TRIAL DEMANDED |
| and | : | |
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE<br>200 South Orange Avenue, Suite 1900<br>Orlando, Florida 32801 | : | |

## NOTICE TO DEFEND

**NOTICE**

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.** ***You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.***

**Philadelphia Bar Association**
**Lawyer Referral and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

**AVISO**

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.** ***Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.***

**Asociacion De Licenciados**
**De Filadelfia Servicio De Referencia E Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

**DONNELLY & ASSOCIATES, P.C.**
By: Gregory J. Mann, Esquire
Identification No. 206180
1787 Sentry Parkway West
VEVA 16, Suite 210
Blue Bell, PA 19422
Phone (610) 828-2300
gmann@donnellyandassociates.com

Attorney for Plaintiff

---

| | | |
|---|---|---|
| RITE AID HDQTRS CORP. d/b/a RITE AID CORPORATION<br>30 Hunter Lane<br>Camp Hill, PA 17011 | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PA<br><br>FEBRUARY TERM, 2019 |
| v. | : | NO. |
| ADVANCED SERVICE SOLUTIONS, INC.<br>11 South Third Street<br>PO Box 573<br>Hammonton, NJ 08037-0573 | : | JURY TRIAL DEMANDED |
| and | : | |
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE<br>200 South Orange Avenue, Suite 1900<br>Orlando, Florida 32801 | : | |

---

**CIVIL ACTION - COMPLAINT**

1. The Plaintiff, Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corporation (hereinafter "Plaintiff"), is a corporation licensed to do business in the Commonwealth of Pennsylvania and regularly conducts business in the City of Philadelphia with a principal place of business as noted above.

2. Defendant, Advanced Service Solutions, Inc., (hereinafter "Advanced Service"), is a corporation licensed to do business in the State of New Jersey, with a principal place of business as

noted above.

3. Defendant Advanced Service regularly conducts business in the City and County of Philadelphia and has contractually agreed to submit to personal jurisdiction in the Commonwealth of Pennsylvania. (See a true and correct copy of the "Snow Plowing Master Service Agreement" between Plaintiffs and Defendant Advanced Service at § I, ¶ 6, which is attached hereto, incorporated herein and marked as Exhibit "A").

4. Defendant, International Insurance Company of Hanover SE (hereinafter "Hanover"), is a corporation duly organized and existing with a license to issue policies of insurance within the Commonwealth of Pennsylvania, maintains a principal place of business at the address noted above and regularly conducts business in the City and County of Philadelphia.

5. Venue is proper in Philadelphia pursuant to Pa.R.C.P. 2179(a)(2) and (b)(1).

**FACTS**

6. On May 12, 2017, Richard Peterson filed a personal injury complaint against Plaintiff. (A true and correct copy of the Richard Peterson Complaint is attached hereto, incorporated herein and marked as Exhibit "B").

7. Richard Peterson alleges that on January 7, 2017, he was a customer at a Rite Aid Pharmacy located at 953 Highland Avenue, Chester, PA (hereinafter "the property"), when he was injured due to slipping in snow and ice that remained on the property. (See Exhibit "B" at ¶¶ 6-7).

8. Thereafter, Richard Peterson initiated lawsuits against Advanced Service and Moore Brothers, which was consolidated with the original lawsuit against Plaintiff. (A true and correct copy of the Complaint against Advanced Service is attached hereto, incorporated herein and marked as Exhibit "C").

9. Thereafter, Richard Peterson discontinued the aforementioned consolidated lawsuits and initiated a new lawsuit against Plaintiff, Advanced Service and Moore Brothers. (A true and

correct copy of the Second Richard Peterson Complaint is attached hereto, incorporated herein and marked as Exhibit "D").

10.     At all relevant times, Plaintiff and Advanced Service were parties to a valid and enforceable contract, requiring Advanced Service to provide all snow and ice removal services at the property. (See Exhibit "A").

11.     The contract between Plaintiff and Advanced Service further required Advanced Service to maintain adequate procedures during and following the performance of its duties under the contract to ensure the safety of Plaintiff's employees and customers. (See Exhibit "A" at § IV, ¶ 2(a)).

12.     Further, the contract between Plaintiff and Advanced Service required Advanced Service to automatically commence de-icing of the property, including re-freezing conditions, as necessary to ensure the safety of Plaintiff's employees and customers. (See Exhibit "A" at Exhibit B).

13.     Additionally, the contract between Plaintiff and Advanced Service required Advanced Service to indemnify, defend and hold Plaintiff harmless from and against any claims, losses, liability, damages, fines sanctions and expenses, including attorney's fees, resulting directly or indirectly from its intentional or negligent act or omission with respect to its obligations under the contract and for breach of the contract. (See Exhibit "A" at § II, ¶ 1).

14.     Finally, the contract between Plaintiff and Advanced Service required Advanced Service to carry comprehensive general liability insurance in the amount of $5,000,000 for both personal injury perils and contractual liability. (See Exhibit "A" at § II, ¶ 2).

15.     Upon information and belief and pursuant to its contractual obligations, Advanced Service procured a policy of insurance with Hanover, which designated Plaintiff as an "additional insured" on the policy.

16. Based on the above facts, Plaintiff tendered its defense directly to Advanced Service on August 7, 2017. (A true and correct copy of the August 7, 2017, correspondence to Advanced Service is attached hereto, incorporated herein and marked as Exhibit "E").

17. Upon information and belief, soon after August 7, 2017, Advanced Service placed its insurance carrier, Hanover, on notice of the claim and Plaintiff's defense tender.

18. On September 1, 2017, Plaintiff advised counsel for Advanced Service of the August 7, 2017, defense tender and requested a response.

19. Receiving no response, on October 18, 2017, Plaintiff again requested a response to the tender from counsel for Advanced Service.

20. On November 24, 2017, Plaintiff was contacted by North American Risk Services on behalf of Hanover and advised that that they had assigned to the additional insured file on behalf of Plaintiff and would be forwarding a more formal letter outlining our agreement to accept Plaintiff's defense. (A true and correct copy of the November 24, 2017, correspondence is attached hereto, incorporated herein and marked as Exhibit "F").

21. Despite numerous follow-up requests to North American Risk Services/Hanover, Plaintiff never received the formal letter outlining their agreement to accept Plaintiff's defense, nor have they done so.

22. To date, none of the defendants in this matter have agreed to defend and indemnify Plaintiff, despite their contractual obligations under the attached contract and the insurance policy issued.

**COUNT I – BREACH OF CONTRACT**
**Plaintiff, Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corporation, v. Defendant, Advanced Service Solutions, Inc.**

23. Plaintiffs incorporate by reference the facts and allegations contained in Paragraphs 1 through 22, as though set forth fully at length herein.

24. Plaintiff and Advanced Service entered into a valid contract.

25. Plaintiff was in compliance with all conditions the contract.

26. Advanced Service breached the contract by failing to satisfy various obligations under the contract, including, but not limited to, the following:

a. Failing to provide all snow and ice removal services at the property, pursuant to the contract;

b. Failing to maintain adequate procedures during and following the performance of its duties under the contract to ensure the safety of Plaintiff's employees and customers, pursuant to the contract;

c. Failing to automatically commence de-icing of the property, including in re-freezing conditions, as necessary to ensure the safety of Plaintiff's employees and customers, pursuant to the contract;

d. Failing to indemnify, defend and hold Plaintiff harmless from and against any claims, losses, liability, damages, fines sanctions and expenses, including attorney's fees, resulting directly or indirectly from its intentional or negligent act or omission with respect to its obligations under the contract, pursuant to the contract;

e. Failing to reimburse Plaintiff for the injuries caused by defendant's employees, agents and/or subcontractors, pursuant to the contract;

f. Failing deliver safe and satisfactory service to Plaintiff, pursuant to the contract;

g. Failing to carry comprehensive general liability insurance in the amount of $5,000,000 for both personal injury perils and contractual liability.

27. The failure of the Advanced Service to fulfill its obligations under the contract has resulted in damages to the Plaintiff, including, but not limited to, incurring monetary damages for the claims made by Plaintiff's customer, Richard Peterson, incurring costs for services not properly performed and incurring legal fees to enforce the terms of the contract.

**WHEREFORE,** Plaintiffs demand judgment against Defendant, Advanced Service Solutions, Inc., for compensatory damages and attorney fees in an amount not in excess of Fifty Thousand Dollars ($50,000.000), together with interest, costs and all other damages deemed appropriate at trial.

**COUNT II – NEGLIGENCE**
**Plaintiff, Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corporation, v. Defendant, Advanced Service Solutions, Inc.**

28. Plaintiff incorporates by reference the facts and allegations contained in Paragraphs 1 through 27, as though set forth fully at length herein.

29. At all times relevant hereto, the Advanced Service owed a duty of care to the Plaintiff and Plaintiff's customers, including Richard Peterson, to perform its contractual duties in a safe and non-negligent manner.

30. Advanced Service breached its duties to the Plaintiff and Plaintiff's customers, including Richard Peterson, as indicated below, by:

a. failing to properly inspect the work performed by its agents, employees, representatives and/or subcontractors;

b. failing to warn the Plaintiff and Plaintiff's customers, including Richard Peterson, of the defects and/or hazardous conditions, of which they were aware or should have been aware;

c. failing to correct, remedy, repair and/or eliminate the defective and/or hazardous conditions, of which they were aware or should have been aware;

  d. creating defective and/or hazardous conditions on the property;

  e. carelessly representing to Plaintiff and Plaintiff's customers, including Richard Peterson, that the property was safe for use;

  f. Failing to provide all snow and ice removal services at the property in a safe and complete manner;

  g. Failing to maintain adequate procedures during and following the performance of snow and ice removal services to ensure the safety of Plaintiff's employees and customers;

  h. Failing to automatically commence de-icing of the property, including in re-freezing conditions, as necessary to ensure the safety of Plaintiff's employees and customers; and

  i. In all other respects that may revealed during discovery and pointed out at the time of trial.

  31. As a result of the aforementioned negligence by Advanced Service, Plaintiff has suffered damages, including, but not limited to, incurring monetary damages for the claims made by Plaintiff's customer, Richard Peterson, incurring costs for services not properly performed and incurring legal fees to enforce the terms of the contract.

  **WHEREFORE**, Plaintiff demands judgment against Defendant, Advanced Service Solutions, Inc., for compensatory damages and attorney fees in an amount in excess of Fifty Thousand Dollars ($50,000.000), together with interest, costs and all other damages deemed appropriate at trial.

**COUNT III – BREACH OF CONTRACT**
**Plaintiff, Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corporation, v. Defendant, International Insurance Company of Hanover SE**

32. Plaintiff incorporates by reference the facts and allegations contained in Paragraphs 1 through 31, as though set forth fully at length herein.

33. At all times relevant hereto, Plaintiff was designated as an "additional insured" on a valid insurance policy issued by Hanover.

34. Plaintiff was in compliance with all conditions and terms of the insurance policy, which was in full force and effect at all relevant times, and covered the injuries claimed by Richard Peterson.

35. Hanover breached the insurance contract by failing and refusing to perform its obligations to Plaintiff, including, but not limited to, failing to indemnify and hold Plaintiff harmless as required by the insurance contract.

36. The failure of Hanover to fulfill its obligations under the insurance contract has resulted in damages to the Plaintiff, including, but not limited to, incurring monetary damages for the claims made by Plaintiff's customer, Richard Peterson, incurring costs for services not properly performed and incurring legal fees to enforce the terms of the contract.

**WHEREFORE**, Plaintiff demands judgment against Defendant, International Insurance Company of Hanover SE, for compensatory damages and attorney fees in an amount in excess of Fifty Thousand Dollars ($50,000.000), together with interest, costs and all other damages deemed appropriate at trial.

**COUNT IV – BAD FAITH**
**Plaintiff, Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corporation, v. Defendant, International Insurance Company of Hanover SE**

37. Plaintiff incorporates by reference the facts and allegations contained in Paragraphs 1 through 36, as though set forth fully at length herein.

38.     At all times relevant hereto, Plaintiff was designated as an "additional insured" on a valid insurance policy issued by Hanover.

39.     Plaintiff was in compliance with all conditions and terms of the insurance policy, which was in full force and effect at all relevant times, and covered the injuries claimed by Richard Peterson.

40.     Hanover breached the insurance contract by failing to satisfy its obligations to Plaintiff under the insurance contract.

41.     Hanover engaged in bad faith conduct toward Plaintiff and has treated Plaintiff unreasonably and unfairly with respect to its judgment of Plaintiff's covered loss in violation of 42 Pa.C.S.A. §8371.

42.     In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiff's covered loss, Hanover, by and through its duly authorized agents, servants, workmen and employees engaged in the following conduct:

    a.   failing and/or refusing to pay for all damages suffered by Plaintiff in this covered claim without reasonable basis;

    b.   failing to acknowledge and act promptly upon written or oral communications made by Plaintiff and/or its representatives;

    c.   failing to effectuate a fair and equitable settlement of Plaintiff's claim when liability under the policy became reasonable and clear;

    d.   misrepresenting pertinent facts or policy contract provisions relating to the insurance coverage at issue;

    e.   refusing to pay Plaintiff's claim without conducting a reasonable and fair investigation based upon the available information;

    f.   failing to pay Plaintiff's covered loss in a prompt and timely manner;

g.  failing to conduct a prompt and adequate investigation in order to promptly conclude its adjustment of Plaintiff's claim;

h.  acting in a obstructive deceitful and dilatory manner;

i.  failing to acknowledge or otherwise act upon Plaintiff's claim in a prompt and timely manner;

j.  treating Plaintiff with reckless indifference and disregard under the circumstances;

k.  not having reasonable basis for denying Plaintiff's benefits under the policy;

l.  knowingly and/or recklessly disregarding its lack of reasonable basis to deny Plaintiff's claim;

m.  interpreting ambiguous terms, provisions and/or conditions of the aforementioned policy in its favor and against Plaintiff's;

n.  deviating from industry standards, practices and principles followed by other insurance companies in the area;

43.     The failure of Hanover to fulfill its obligations under the insurance contract has resulted in damages to the Plaintiff, including, but not limited to, incurring monetary damages for the claims made by Plaintiff's customer, Richard Peterson, incurring costs for services not properly performed and incurring legal fees to enforce the terms of the contract.

**WHEREFORE**, Plaintiff demands judgment against be entered against Defendant, International Insurance Company of Hanover SE, for compensatory damages, punitive damages, counsel fees and costs, together with interest on Plaintiff's claim in an amount equal to the prime rate, plus three percent (3%), and all other damages deemed appropriate at trial in an amount in excess of Fifty Thousand Dollars ($50,000.00).

Respectfully submitted,

**DONNELLY AND ASSOCIATES**

By:   /s/ *Gregory J. Mann*
      Gregory J. Mann, Esquire
      Attorney for Plaintiff

Date: 2/19/19

**VERIFICATION**

**I, GREGORY J. MANN**, deposes and says that he is the attorney for Plaintiff, Rite Aid Hdqtrs Corp. d/b/a Rite Aid Corporation, in this action, and hereby verifies that the statements made in the foregoing Complaint are based upon the facts as explained by the Plaintiff, which are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

/s/ *Gregory J. Mann*
GREGORY J. MANN, ESQUIRE

# SNOW REMOVAL (SEASONAL)
# PREVENTATIVE SERVICE AGREEMENT

This agreement (the "Agreement") is entered into as of August 15, 2016, by and between **Advanced Service Solutions, Inc.**, a Corporation with its principal office located at **11 S. 3rd St., Hammonton, NJ 08037** (hereinafter "Contractor") and **Rite Aid HDQTRS Corp. and/ or its affiliated companies**, a Delaware Corporation, whose principal office is located at 30 Hunter Lane, P.O. Box 3165, Camp Hill, PA 17011 (hereinafter "Rite Aid") whereby the parties agree as follows:
Contractor agrees to provide the services as described herein in consideration for compensation as described in this Agreement and attached Exhibit A, Exhibit B, Exhibit C, Exhibit D and Exhibit E.

**TERM:** The term of this Agreement shall commence on **September 1, 2016** and shall be for a period of two (2) years ending **August 31, 2018** and will continue month to month thereafter until otherwise extended, terminated or confirmed as expired in writing from Rite Aid. This Agreement may be extended for two (2) additional one (1) year terms upon mutual written agreement of both parties. This Agreement shall supersede any and all other agreements in effect between the parties, for the services identified herein.

**TERMINATION:** Notwithstanding the foregoing, Rite Aid reserves the right to terminate this Agreement upon thirty (30) days written notice anytime during the term, except that cancellation for just cause or upon closing of a store(s) shall be immediate. Upon early termination of this Agreement, for any reason, Contractor shall reconcile all billings as of the date of contract interruption and issue a revised billing based on Services or other work actually performed as of that date. Other than payment for services rendered prior to termination, Rite Aid shall have no further obligation to Contractor hereunder.

**ENTIRE AGREEMENT:** This document and the terms and conditions herein comprise the entire agreement between Rite Aid and Contractor. No other terms, conditions, agreements or understandings either written or oral will supersede nor negate the terms herein unless agreed to in writing, executed by both parties and made an addendum to this Agreement. In the event of any conflict of provisions between this Agreement and any exhibits attached hereto, the language of this Agreement shall control.

**INTENT:** The intent of this Agreement is to perform **Snow Removal** services ("Services") at the Rite Aid locations listed in Exhibit A (the "Locations") for optimum condition by establishing service frequency, minimum inspection and routine maintenance requirements, in accordance with the following specifications, terms and conditions. The Services shall be performed in a good and workmanlike manner in compliance with all applicable federal, state and local codes, regulations, ordinances and statutes ("Applicable Laws").

**CONFIDENTIALITY:** "Proprietary Information" means all trade secrets or confidential or proprietary information disclosed by Rite Aid to Contractor or its Representatives, regardless of whether such information has been designated as confidential or proprietary information. Proprietary Information also means information (the form of which includes, but is not limited to, hardcopy, electronic, oral, facsimile, graphic, demonstrative, machine recognizable or sample form) that relates to Rite Aid's past, present and future research, development, business activities, products, services, client lists, panelists, panelist lists, pricing and related pricing models, financial information (audited and non-audited), and technical or proprietary knowledge, and information identified by any notes, analyses, compilations, studies, interpretations, memoranda or other documents prepared by or for Contractor or its Representatives that contain, reflect or are based upon, in whole or in part, Proprietary Information furnished to Contractor, including its Representatives, pursuant to this Agreement.

"Personally Identifiable Information" means identifiable information about an individual or information that might reasonably allow identification of an individual ("PII").

Case ID: 190201821



Contractor agrees not to disclose any Proprietary Information, PII, or the terms and/or conditions of this Agreement to any third party except to its employees directly related in fulfilling the terms of the Agreement. These employees agree not to disclose to any other third parties. Except as otherwise expressly provided herein, Contractor agrees to maintain absolute confidentiality concerning this Agreement, Proprietary Information, and/or PII save and except as otherwise ordered by a court of competent jurisdiction.

Contractor acknowledges that Rite Aid will be irreparably harmed should it or its employees disclose any of terms and/or conditions of this Agreement, Proprietary Information, and/or PII to any unauthorized third party without Rite Aid's prior written permission. In the event of any unauthorized disclosure, Contractor acknowledges and agrees that Rite Aid can go to any court of competent jurisdiction and obtain a restraining order and/or injunction immediately prohibiting such disclosure. This obligations does not apply if the information is already known to the public generally without Contractor's knowledge, was known to Contractor at the time of this contract or was disclosed to the Contractor by a third party having the right to disclose such information. This Agreement will be governed in accordance with the laws of the Commonwealth of Pennsylvania, notwithstanding its conflicts of law provisions.

**PROTECTED HEALTH INFORMATION ("PHI"):** Pursuant to the Health Insurance Portability and Accountability Act of 1996, Rite Aid, along with all other health care providers, is required to take some extra precautions about how patients' protected health information is used and disclosed. To comply with that regulation, Rite Aid requires Contractor to review and comply with the following provisions-

The purpose of this confidentiality agreement is to establish Contractor's agreement to maintain the confidentiality and privacy of any Protected Health Information ("PHI") that Contractor, its employees, agents, or subcontractors may see or have unintended access to in the ordinary course of business.

Rite Aid and Contractor understand that Contractor, in the agreed upon sale, exchange, or other transfer of goods and/or services, may see, hear, or otherwise have unintended access to PHI maintained by Rite Aid. Such unintended access to PHI may constitute a disclosure of PHI that is incidental to Rite Aid's allowable use and disclosure of PHI under the federal HIPAA Privacy Regulation.

Contractor agrees to keep confidential any Protected Health Information that to which Contractor, its employees, agents, or subcontractors may see or to which Contractor, its employees, agents, or subcontractors may have unintended access to in the ordinary course of business. Contractor further agrees to instruct its employees, agents, or subcontractors in the necessity of maintaining the confidentiality of PHI.

Contractor further agrees to immediately notify Rite Aid in writing of any disclosure of PHI that may be made by or to Contractor, its employees, agents, or subcontractors.

Rite Aid may terminate any and all agreements with Contractor at any time if it determines that Contractor has violated any of the material terms of this PHI portion of the Agreement.

## I. GENERAL REQUIREMENTS

1. **CONTRACTOR AVAILABILITY:** Contractor must be readily available twenty-four (24) hours a day, three hundred sixty-five (365) days per year. Same day service is required on emergency calls placed before 12:00 noon in the time zone in which the Contractor's office is located. Contractor shall make every reasonable attempt to respond to emergencies within two (2) hours after receipt of service request. Calls shall be placed to the following numbers:

| | |
|---|---|
| PHONE: 888-629-7569 Ext. 0 | CONTACT: Ryan Hovermale |
| AFTER HOURS: 888-629-7569 Ext. 0 | CONTACT: Ryan Hovermale |

2. **COMPETITIVE BID:** Rite Aid reserves the right to competitive bid product/services not covered under this Agreement.

**3. COMPLIANCE WITH LAWS:** Contractor, its subcontractors and their respective employees, agents and anyone performing work here under shall comply with all current federal, state and local laws and regulations and any subsequent applicable laws and regulations implemented during the term of this Agreement. This provision specifically includes Department of Labor, Occupational Safety and Health Administration, and Environmental Protection Agency laws, regulations, or other provisions. Contractor agrees to utilize only properly certified technicians and equipment in the performance of Services under this Agreement and provide proof of certification upon request.

**4. PERMITS AND INSPECTIONS/CODE COMPLIANCE:** Contractor shall secure any and all permits and/or inspections required by all Applicable Laws. Certificates of inspection shall be furnished to Rite Aid where permits are required. All work performed under this Agreement must be in compliance with all Applicable Laws.

**5. IMMIGRATION COMPLIANCE:** All Contractor personnel or agents must be United States citizens, or otherwise be legally authorized to work in the United States. It is required at least one member of the crew be able to converse in the English language.

**6. CHOICE of LAW; JURISDICTION; VENUE:** This Agreement shall be construed and enforced under and in accordance with the laws of the Commonwealth of Pennsylvania. Any and all disputes or claims relative to this Agreement shall be negotiated, tried, determined, or otherwise handled and disposed of only in the appropriate state court of the Commonwealth of Pennsylvania. Contractor hereby consents to the personal jurisdiction of such court over it in such matter.

**7. ASSIGNMENT:** Neither Rite Aid nor Contractor may assign or transfer their interest in this Agreement without the written consent of the other, which consent shall not be unreasonably withheld or delayed.

**8. AUDIT:** Contractor shall keep books of account related to the Services provided under this Agreement and Rite Aid shall have the right, with at least seven (7) day's prior written notice, to examine and audit such books and records.

**9. BREACH OF AGREEMENT:** The foregoing notwithstanding, if either party shall breach any provision of this Agreement, then the non-breaching party, after giving the breaching party written notice of such breach and ten (10) days from receipt of said notice to cure same, shall be entitled to immediately terminate this Agreement by written notice.

**10. NON-CURABLE DEFAULT:** Either party may elect to terminate this Agreement immediately for just cause upon delivery of written notice to the other in the event that the other: (i) becomes unable or fails to pay its debts (including any amount owed hereunder) as they become due; (ii) files or has filed against it any petition seeking relief under any bankruptcy, reorganization, liquidation or similar law;(iii) makes a general assignment for the benefit of its creditors or (iv) fails to perform as indicated in this Agreement. In any such case, such termination shall be effective on the termination date specified in such notice.

**11. RECOVERY OF PRODUCT:** Upon any termination or expiration of this Agreement, Contractor shall have the right to recover any and all product or materials in the possession of Rite Aid within thirty (30) days and if not so recovered, shall be deemed abandoned and may be disposed of as Rite Aid deems fit, in its sole discretion.

**12. RESTITUTION:** Contractor shall be solely and fully responsible for all actions (negligent, intentional, criminal or otherwise) of its employees, agents and subcontractors wherein, on or about any Rite Aid Locations. Contractor shall reimburse Rite Aid for all loss or damage to property of Rite Aid or injury to persons caused by Contractor, its employees, agents or subcontractors resulting from,

arising out of, or connected with the Services. Reimbursement, credit invoice or credit memo shall be at full replacement value; however, stolen merchandise shall be reimbursed at the retail price then in effect.

**13. REPRESENTATION:** Contractor and Rite Aid hereto represent that each has full power and authority to enter into this Agreement and that this Agreement is binding upon each of them and enforceable in accordance with its terms.

**14. NOTICES:** Any notice to be given or to be served upon either party hereto in connection with this Agreement shall be in writing and shall be deemed to have been given when a letter containing such notice, properly addressed, Certified Mail, Return Receipt, with postage prepaid, is deposited with the United States Postal Service. Such notices shall be sent to the addresses set forth at the beginning of this Agreement and any such notice to Rite Aid shall be sent attention of: Contract Administrator – [TYPE OF SERVICE], Retail Facilities Department.

## II. INDEMNIFICATION AND INSURANCE

**1. INDEMNIFICATION:** Contractor acknowledges and agrees to indemnify, defend and hold Rite Aid harmless from and against any and all claims, losses, liability, damages, fines, sanctions and expenses, including reasonable attorney's fees arising or resulting, directly or indirectly in connection with any:

- a. intentional or negligent act or omission of Contractor or Contractor's agents or employees with respect to the performance of its obligations under this Agreement; or
- b. breach of any law or regulation, representation, warranty or other obligation of Contractor under this Agreement; or
- c. violation of any regulation or law by Contractor, its subcontractor(s) or their respective employees or agents.

Contractor shall further indemnify, defend and hold Rite Aid harmless from any and all liens and other encumbrances against the Locations on account of debts or claims alleged to be due from Contractor to any person, including any subcontractor employed by or under him, or to any supplier.

Rite Aid reserves the right to select and retain counsel at Contractor's expense to defend Rite Aid in any such action, as necessary under these provisions; or until Contractor accepts tender, defense, and communicates with Rite Aid, with no conflict in representing Rite Aid's interests.

For any matter that Contractor accepts on Rite Aid's behalf, Contractor must notify the Rite Aid risk management team and include Rite Aid on all responses, resolutions and releases.

The foregoing indemnity provisions shall survive the termination of this Agreement.

**2. INSURANCE:** Contractor represents that it carries insurance with a reputable insurance company(ies) licensed to underwrite in states where the Services are being performed and providing for coverage as follows:

**(a) Comprehensive General Liability:** $5,000,000 single limit liability coverage, and including personal injury perils, broad form contractual liability, broad form property damage and extended bodily injury; and

**(b) Automobile:** $1,000,000 combined single limits for owned and non-owned motor vehicle liability coverage; and

**(c) Worker's Compensation:** Statutory coverage.

**(d) Theft:** $10,000 for any one theft.

**(e) Additional Insured and No Cancellation Clause:** The insurance provided shall name Rite Aid HDQTRS Corp. and/or its Affiliated Companies as an additional insured and shall contain a clause that it will not be canceled, materially modified or otherwise altered without thirty (30) days' prior written notice to Rite Aid. Contractor agrees:

1. **Insurance:** To keep such insurance in force during the full term of this Agreement, and
2. **Certificate of Insurance:** To provide a current Certificate of Insurance to Rite Aid evidencing such coverage during the full term of this Agreement.

Before commencing performance under this Agreement, Contractor shall provide Rite Aid with certificates of insurance reflecting the above coverages.

**III. INVOICING INSTRUCTIONS**

1. **FEES:** For performing the Services, Rite Aid shall pay Contractor according to Exhibit C.

2. **INVOICING:** At a minimum of on a monthly basis, Contractor shall submit a separate spreadsheet invoice for services rendered along with each invoice, for each Location according to Exhibit A and/or respective work orders. Contractor will provide a service call detail summary for each location. Contractor shall submit invoicing within thirty (30) days of Services being rendered. All invoices including those for extra work and out of scope services must be submitted according to attached Exhibit D.

3. **PAYMENT:** Payment shall be issued thirty (30) days from receipt of the above invoices and supporting documents as described above.

4. **PROCUREMENT CARD:** Coincident with Contractor's capabilities, Rite Aid may pay properly submitted invoices within thirty (30) days after receipt with a corporate purchasing card for payment. Supplier agrees to accept any such card. Rite Aid may withhold any amounts which are disputed in good faith or may deduct any amounts for charges, costs, expenses or losses actually incurred as a result of defects in the work or Services; late delivery; or any other noncompliance with applicable schedules, exhibits, attachments, drawings, data sheets or specifications. Rite Aid shall use good faith efforts to procure compliance with its payment obligations under this Agreement. Rite Aid shall have a right of setoff against any amounts due under this Agreement, for all amounts due Rite Aid from Contractor regardless of the source of the obligation.

5. **CESSATION OF SERVICES FOR CLOSED STORES:** Upon closure of a Location during the contract term, all accumulated monthly billings to Rite Aid will be compared to the cost of all actual services or other additional work satisfactorily performed and documented for that Location to date of closing. For the cost of said services, Contractor will invoice Rite Aid and payment will be due within thirty (30) days from receipt of invoices. For any excess of accumulated billings over the actual cost of said Services, Contractor will credit Rite Aid.

**IV. SPECIFIC PROVISIONS**

**1. SERVICE DETAILS**

**(a) Frequency:** Frequency of services performed shall be according to Exhibit B. Rite Aid reserves the right to change service frequencies at any time during the term of this Agreement, upon twenty-four (24) hours written notice.

**(b) Scope:** Scope of work must be performed according to attached Exhibit B, unless otherwise previously approved by a designated Rite Aid corporate office representative.

**(c) Non-Scheduled Services:** Contractor agrees to obtain written authorization from the Retail Facilities Department to perform any non-scheduled or additional services. Contractor agrees to waive payment if said authorization is not obtained prior to the commencement of the aforementioned services. A sample copy of a work order is attached at Exhibit D-6.

(d) Quality Control Inspections: Rite Aid expects Contractor to conduct regular quality control inspections at its own frequency or the frequency designated in attached exhibits, to match the type of service being provided. Reports from Quality Control inspections shall be made available to Rite Aid upon request.

**2. GENERAL SERVICE CONDITIONS**

**(a) Safety:** Contractor shall maintain adequate procedures during and immediately following the performance of the Services to ensure: the safe and tenantable condition of the locations; and the safety of Rite Aid, its employees, invitees, customers and agents (including the agents and employees of Contractor). Contractor shall provide proper and periodic training consistent with industry standards to all Contractor employees and subcontractors, as necessary to deliver safe and satisfactory services to Rite Aid.

**(b) Identification:** Contractor employees and subcontractors shall wear identification with the individual and company name when performing Services.
**(c) Log Book:** Contractor is highly recommended to use the designated Vendor Log Book present at each Location. Contractor should sign legibly and log in and out of the book with the appropriate times.

**(c) Refusal:** Rite Aid reserves the right to refuse services by any subcontractor at its sole discretion and request Contractor to replace said subcontractor with another party. Any refusals will be done with thirty (30) days of written notice.

**V. NEW LOCATION(s):**

1. Location(s) may be added and/or deleted to Exhibit A on an as-needed basis.
2. New locations added during the term of this Agreement shall be treated the same as existing Locations and expire upon the aforementioned expiration date.

IN WITNESS WHEREOF, Contractor and Rite Aid have caused this Agreement to be executed as of the above date.

ADVANCED SERVICE SOLUTIONS, INC.

SIGNATURE

CHRISTIAN SABELLA
PRINT NAME

CHIEF OPERATING OFFICER
TITLE

WITNESS

RITE AID HDQTRS CORP.
AND/OR ITS AFFILIATED COMPANIES

SIGNATURE

Robert Fazakerley
PRINT NAME

V.P.
TITLE

WITNESS

# EXHIBIT "A"

Omitted refer to Exhibit C

# Exhibit B
# SNOW/ICE MAINTENANCE
## Specific Provisions

**GENERAL CONDITIONS**

- INTENTION: Under this Agreement, Contractor shall provide all snow and ice removal services for parking lots, service areas, ingress/egress, store sidewalks and public walkways. In addition to any state or local codes, Contractor must further have all handicapped spaces, lots and walks cleared in compliance with the ADA guidelines.

- SUBCONTRACTING:
  - Contractor understands either contractor or the subcontractor shall perform services as described in this Exhibit. No additional layering of subcontractors shall be permitted without prior written approval from Rite Aid.

  - In the event of service by a subcontractor, Contractor will coordinate all contact between subcontractor and Rite Aid. There is to be no direct communication between Rite Aid and subcontractors, except to acquire signatures to validate service tickets for completed work when necessary. (See Exhibit D).

  - Contractor shall provide a list of Subcontractor's names, addresses and contact information for each subcontracted site upon request.

- EMERGENCY: For purposes of this Agreement an emergency includes a snow or ice condition which may prevent a store from opening or from remaining open for business. Contractor must have twenty-four (24) hour availability for emergency purposes through its primary phone number indicated in this Agreement. Additional numbers are:

  Pager N/A Cellular 856-628-7157 Other 888-629-7569 ext.0

- DAMAGE TO PROPERTY: Contractor must immediately notify both the store manager and Rite Aid Contract Administrator when the Contractor causes any property damage. In addition, Contractor is to provide the Rite Aid Contract Administrator with photographs of Locations when such an event occurs. Failure to do so will result in immediate termination of the Agreement. A final site survey with the manager to survey for damage will be required before final payment is released to Contractor.

  Where damage by Contractor is reported, Rite Aid in its sole discretion will authorize a general contractor to make necessary repairs. Contractor will be notified of the damage costs and Contractor is obligated to reimburse Rite Aid for any repairs performed.

- SPECIAL EQUIPMENT NEEDS: For additional authorized work, equipment rates shall include an operator. Rite Aid will only pay equipment charges for the amount of time the equipment is actually in use; for example, if one operator is using two pieces of equipment, Rite Aid will only pay hourly rates for the more expensive piece of equipment. See Exhibit C-1 (Additional Pricing)

- FINES/VIOLATIONS: Any fines or violations imposed due to Contractor's failure or unacceptable work under this Agreement, during the contracted period, will be charged back to the Contractor. Contractor must reimburse said charges within sixty (60) days of demand by Rite Aid, or Rite Aid may elect to take a credit off future invoices.

- SERVICE AREAS: Store must be accessible and able to receive all services. Service areas may include and are not limited to drive thru lanes, dumpster enclosure, utility meters, delivery/receiving areas, storage fixtures, balers, etc.

Case ID: 190201821

**Exhibit B**
**SNOW/ICE MAINTENANCE**
**Specific Provisions**

**SCOPE OF WORK**

1. ACTIVE SITES:

- Plowing or clearing of parking lots, service areas, ingress/egress, store sidewalks and public walkways shall automatically commence when snow accumulation reaches two to three inches (2-3"). If less than two inches (2"), Contractor may be requested to service areas by an authorized Rite Aid representative, including a store manager. Snow is to be cleared for each successive three inches (3") of accumulation during open store hours.
- Contractor may only bill for clearing actual accumulated snow at each plow and shovel event- for example, two (2) plows during a six inch (6") event can be billed as one (1) initial service of 2-3" and one (1) subsequent service of 3".
- Contractor will automatically commence to de-ice parking lot and sidewalks during snow, sleet, freezing rain and re-freezing conditions as necessary in order to ensure the safety of Rite Aid, its employees and customers.
- Contractor shall ensure all entrances and exits remain open.
- Salt, calcium chloride, or a comparable de-icing product will be used on parking areas and sidewalks to prevent and treat ice as needed, and according to local code. Cinders, gravel and sand shall only be used in locations as dictated by local code. Sodium chloride or rock salt is prohibited on sidewalks. Sidewalks must be cleared each time the parking lot is plowed. No heavy equipment shall be used to clear sidewalks.
- If snow accumulates overnight, plowing and shoveling is to be completed by 7:00 AM, (except 24 hr stores), unless otherwise directed by either the store manager or Rite Aid corporate staff.
- In the event that snow accumulation significantly reduces the parking area or restricts visibility around entrances and exits, Contractor shall discuss with Store Manager and if in agreement, Store Manager will contact Rite Aid Repair and Maintenance for authorization to remove snow from site.
- City/Public sidewalks should be cleared as needed AND receive final clearing within 2 hours after the city finishes plowing. City/public sidewalks are pedestrian paths next to roads or driving areas, and generally include school walking areas, accessible curb ramps, key transit stops, and retail zones. All City/Public sidewalks associated with the property will be cleared of ice and snow according to state and local code.

2. ADJACENT TENANTED OR VACANT SITES: An adjacent tenanted or vacant site means a site that is directly attached to the active Rite Aid or on the same property as Rite Aid. These sites should also be maintained in accordance with the above scope of work when included on Exhibit A.

3. VACANT SITES: These include freestanding locations, only when included on Exhibit A.

- Parking Area- Unless the parking area is blocked to entry, Contractor will commence plowing vacant properties upon 2-3 inch snow accumulation and will re-plow upon each successive 3 inches of accumulation. Contractor shall maintain an eight (8) foot wide fire lane around all accessible sides of the building clear of ice and snow.
- City/Public Sidewalks- All City/Public sidewalks associated with the property will be cleared of ice and snow according to state and local code.

4. NON-CONTRACTED LOCATIONS & COVERAGE: If Contractor is asked by an authorized Rite Aid representative to service Locations not listed on Contractor's Exhibit A, and if Contractor agrees to perform that service, Rite Aid will provide a work order and/or authorization prior to Services being performed, and all service will adhere to the above Exhibit B SNOW/ICE MAINTENANCE (Specific Provisions).

Case ID: 190201821

**Exhibit B**
**SNOW/ICE MAINTENANCE**
**Specific Provisions**

**SITE SPECIFICS**

- SNOW STORAGE:
  - Contractor shall meet with store management to determine the best places to stockpile snow. Snow storage areas also deserve special attention. As snow melts, the melt water should not drain across driving and walking areas before reaching storm sewers or ditches. This snowmelt can refreeze at night and cause slippery conditions.
  - Contractor shall not pile snow in front of the Rite Aid garbage disposal areas, rear doors, loading docks or otherwise allow snow to sit in such a way that the store is not accessible to garbage removal, delivery trucks during store hours of operation. Store must be able to receive all services.
  - At the end of each snow season, Contractor shall ensure site is cleared of any residual deicing and/or traction products, such as salt, sand, gravel, cinders, etc, (such products used in accordance with local code), and Contractor's representative must obtain a Service Ticket signed by the Manager (also known as a VST).

- SITE PLAN: Contractor must provide a site plan to the Contract Administrator upon request. Contractor shall also place stakes at the landscaping to eliminate the risk of property damage during the snow season and remove the stakes following the season. Site Plan shall identify the following:
  a.) curb cuts;
  b.) public and private sidewalk(s);
  c.) delivery area;
  d.) drive thru, if any;
  e.) garbage removal area;
  f.) total number of parking spaces;
  g.) number and location of essential parking spaces, including all ADA-compliant spaces;
  h.) street names; and
  i.) intended snow stockpile area.

Case ID: 190201821

SUPPLEMENT TO EXHIBIT B- SNOW REMOVAL- SEASONAL CONTRACTS

In addition to the Terms and Conditions and Exhibit B, SNOW/ICE MAINTENANCE, Specific Provisions, Contractors with Seasonal Snow contracts are required to adhere to the below:

1. SNOW REMOVAL OR HAULING: Contractor is to make every effort to properly store and stack snow to prevent the need for snow removal or hauling. When snow must be removed from the Location, the following guidelines apply:
    a. Contractor is responsible to remove snow no more than one (1) hour after the store's closing hours and two (2) hours before the store's opening hours.
    b. Cost of any snow removal is Included In the monthly service cost and will not require additional quoting or additional payment from Rite Aid.
    c. Removal shall automatically commence when stacked snow hinders signage, hinders store front visibility, impacts safety, impacts ingress/egress, or impacts other services at the Location (e.g. delivery, trash, etc.).
    d. When stacking or relocating snow is no longer feasible, authorization for removal shall be requested through an authorized Rite Aid representative, including store management.
2. PAYMENT CYCLE: Contractor will be paid 1/6 of the annual value of the contract, to be billed in monthly installments by the 10th of each month, with the first Installment billed by October 10th and the last installment billed by March 10th. Rite Aid pays in accordance with the underlying terms of the agreement.
3. COST OF COVER DURING FAILURE: Contractor acknowledges that its performance under this Seasonal agreement is a critical component. If Contractor fails to provide satisfactory service as negotiated herein and Rite Aid must obtain another contractor to provide service on a one-time or ongoing basis, Rite Aid reserves the right to bill to Contractor the cost of that coverage.

Exhibit C
Store List Pricing

| ST# | TENANT # | PRO RATA | TENANT DESC | DIV# | ADDRESS | CITY | ST | ZIP | BLDG TYPE | COUNTY NAME | NEW AWARD VENDOR | NEW AWARD CONTRACT SEASONAL/PP | | | | | | | | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | | 100.00% | | 22508 | 325 ELLINGTON ROAD | EAST HARTFORD | CT | 06108 | SC | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,892.34 | $958.76 | NEW STORE 2018 |
| 441 | | 100.00% | | 22503 | 94 CHURCH STREET | NEW HAVEN | CT | 06510 | MA | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,311.76 | $452.96 | |
| 475 | | 100.00% | | 22507 | 167 MAIN STREET | SOUTHINGTON | CT | 06489 | FS | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,379.57 | $521.60 | |
| 578 | | 100.00% | | 22505 | 665 NORTH COLONY ROAD | WALLINGFORD | CT | 06492 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,077.51 | $1,018.99 | |
| 683 | | 100.00% | | 22508 | 451 MAIN STREET | ANSONIA | CT | 06401 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,720.00 | $393.07 | *SPLIT ALSO* STORE SIDEWALKS ONLY - per lease LL handles lot/CAM, we contract snow sidewalks per Legal; store is FS in a SC |
| 744 | | 100.00% | | 22503 | 75 BOSTON POST ROAD | WATERFORD | CT | 06385 | FS | NEW LONDON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,975.51 | $612.56 | |
| 803 | | 100.00% | | 22508 | 1171 MAIN STREET | WATERTOWN | CT | 06795 | FS | LITCHFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,319.94 | $1,058.18 | |
| 1033 | | 100.00% | | 22509 | 85 MIDDLETOWN AVENUE | NORTH HAVEN | CT | 06473 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $8,094.77 | $1,003.80 | |
| 1061 | | 100.00% | | 22500 | 180 MAIN STREET | CHESHIRE | CT | 06410 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,431.00 | $903.50 | |
| 1136 | | 100.00% | | 22503 | 335 CENTER STREET | MANCHESTER | CT | 06040 | FS | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,915.29 | $419.05 | |
| 1417 | | 100.00% | | 22506 | 83 WILLOW STREET | TORRINGTON | CT | 06790 | FS | LITCHFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,378.30 | $496.03 | |
| 1762 | | 100.00% | | 22508 | 111 MERIDEN ROAD | WATERBURY | CT | 06705 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,092.35 | $948.78 | |
| 1834 | | 100.00% | | 22503 | 90 ELM STREET | WEST HAVEN | CT | 06516 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,431.00 | $903.50 | |
| 2084 | | 100.00% | | 22508 | 1010 WOLCOTT STREET | WATERBURY | CT | 06705 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,918.39 | $496.03 | |
| 2174 | | 100.00% | | 22503 | 1300 BOSTON POST ROAD | MILFORD | CT | 06460 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $7,433.00 | $903.50 | |
| 2664 | | 100.00% | | 22508 | 277 CHATFIELD AVE. | WATERBURY | CT | 06708 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,378.20 | $495.03 | KA handles [illegible] shopping center CAM |
| 2737 | | 100.00% | | 22508 | 455 SOUTH MAIN STREET | THOMASTON | CT | 06787 | FS | LITCHFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $6,321.94 | $1,658.14 | |
| 3161 | | 100.00% | | 22503 | 10 HEMINGWAY AVENUE | EAST HAVEN | CT | 06512 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,431.00 | $903.50 | |
| 3440 | | 100.00% | | 22503 | 190 EAST AVENUE | NORWALK | CT | 06855 | FS | FAIRFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $6,431.00 | $903.50 | |
| 3618 | | 100.00% | | 22503 | 1060 EAST MAIN STREET | BRIDGEPORT | CT | 06608 | FS | FAIRFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,431.00 | $903.50 | |
| 4092 | | 100.00% | | 22503 | 845 FOXON ROAD | EAST HAVEN | CT | 06513 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $6,058.77 | $1,007.00 | |
| 4410 | | 100.00% | | 22508 | 288 WOLCOTT ROAD | WOLCOTT | CT | 06716 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $6,077.31 | $1,210.55 | |
| 4617 | | 100.00% | | 22507 | 43 EAST STREET | PLAINVILLE | CT | 06062 | FS | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,655.65 | $775.98 | |
| 4154 | | 100.00% | | 22508 | 14 WEST STAFFORD ROAD | STAFFORD SPRINGS | CT | 06076 | FS | TOLLAND | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,376.70 | $898.03 | CAUTION - small site with higher hauling needs |
| 4474 | | 100.00% | | 22505 | 528 MAIN STREET | EAST HAVEN | CT | 06512 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,421.00 | $903.50 | |
| 4895 | | 100.00% | | 22508 | 173 DANBURY ROAD | NEW MILFORD | CT | 06776 | FS | LITCHFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,692.58 | $948.79 | |
| 6694 | | 100.00% | | 22507 | 500 QUEEN STREET | SOUTHINGTON | CT | 06489 | FS | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,914.39 | $819.06 | |
| 10200 | | 100.00% | | 22508 | 835 PARK AVENUE | BLOOMFIELD | CT | 06002 | SC | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,170.20 | $498.03 | |
| 10349 | | 100.00% | | 22508 | 76 MAIN STREET | CANAAN | CT | 06018 | FS | LITCHFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,176.20 | $496.03 | |
| 10343 | | 100.00% | | 22507 | 1350 STANLEY ST | NEW BRITAIN | CT | 06053 | FS | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,929.51 | $873.99 | |
| 10344 | 6 | 100.00% | | 22507 | 667 SILAS DEANE HIGHWAY | WETHERSFIELD | CT | 06109 | FS | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,203.37 | $867.23 | |
| 10300 | | 100.00% | | 22507 | 815 FARMINGTON AVENUE | HARTFORD | CT | 06119 | FS | HARTFORD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,329.51 | $721.50 | |
| 10332 | | 100.00% | | 22507 | 388 BROAD STREET | NEW LONDON | CT | 06320 | FS | NEW LONDON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,391.00 | $732.83 | |
| 10354 | | 100.00% | | 22507 | 280 FLANDERS ROAD | EAST LYME | CT | 06333 | SC | NEW LONDON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,377.00 | $737.83 | |
| 10355 | 6 | 55.77% | | 22507 | 27 MAIN ST | JEWETT CITY | CT | 06351 | SC | NEW LONDON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $7,013.84 | $835.64 | |
| 10356 | 14620 | 32.90% | Vacant Space | 22507 | 27 MAIN ST | JEWETT CITY | CT | 06351 | SC | NEW LONDON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $913.95 | $150.95 | |
| 10357 | 14621 | 12.33% | Vacant Space | 22507 | 27 MAIN ST | JEWETT CITY | CT | 06351 | SC | NEW LONDON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,420.74 | $236.21 | |
| 10361 | | 100.00% | | 22509 | 933 SOUTH MAIN STREET | CHESHIRE | CT | 06410 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $950.65 | KA Property includes the parking lot behind the plaza, it is part of our site |
| 10369 | | 100.00% | | 22509 | 508 MONROE TURNPIKE | MONROE | CT | 06468 | SC | FAIRFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $6,431.00 | $903.50 | |
| 10372 | | 100.00% | | 22509 | 1995 MIDDLETOWN AVENUE | NORTHFORD | CT | 06472 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,728.83 | $956.65 | |
| 10371 | | 100.00% | | 22507 | 217 MAIN STREET | PORTLAND | CT | 06480 | FS | MIDDLESEX | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,931.39 | $819.06 | |
| 10375 | | 100.00% | | 22505 | 2175 DIXWELL AVENUE | HAMDEN | CT | 06514 | FS | NEW HAVEN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,729.89 | $336.65 | |
| 10376 | | 100.00% | | 22505 | 3600 MAIN STREET | STRATFORD | CT | 06614 | DT | FAIRFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,431.00 | $903.50 | |
| 10384 | | 100.00% | | 22509 | 1439 POST ROAD | FAIRFIELD | CT | 06824 | FS | FAIRFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,431.00 | $903.50 | |
| 10390 | | 100.00% | | 22505 | 37 HOYT STREET | STAMFORD | CT | 06905 | SC | FAIRFIELD | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,421.00 | $903.50 | |
| 10064 | 6 | 44.56% | | 22503 | 501 NORTH STREET | PITTSFIELD | MA | 01201 | DT | BERKSHIRE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,735.33 | $145.55 | |
| 10064 | 14635 | 18.03% | Rent A Center | 22503 | 501 NORTH STREET | PITTSFIELD | MA | 01201 | DT | BERKSHIRE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $558.90 | $93.80 | |
| 10064 | 14637 | 8.15% | Rent A Center | 22503 | 501 NORTH STREET | PITTSFIELD | MA | 01201 | DT | BERKSHIRE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $127.60 | $21.28 | |
| 10064 | 14639 | 9.08% | Vacant Space | 22503 | 501 NORTH STREET | PITTSFIELD | MA | 01201 | DT | BERKSHIRE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $14.04 | |
| 10064 | 14635 | 19.22% | Vacant Space | 22503 | 501 NORTH STREET | PITTSFIELD | MA | 01201 | DT | BERKSHIRE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,110.52 | $185.09 | |
| 10098 | | 100.00% | | 22504 | 21 COLUMBIA ST. | ADAMS | MA | 01220 | FS | BERKSHIRE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,265.51 | $477.55 | |
| 10077 | | 100.00% | | 22505 | 50 CHURCH STREET | NORTH ADAMS | MA | 01247 | FS | BERKSHIRE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,977.99 | $870.83 | |
| 10081 | | 100.00% | | 22505 | 30-32 GROTON STREET | PEPPERELL | MA | 01463 | FS | MIDDLESEX | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,774.40 | $745.73 | |

3 of 7
Copy of Seasonal_ADVANCED

Case ID: 190201821

Exhibit C
Store List Filing

| SW | Surplus $ | PRO RATA | Surplus Date | Own | ADDRESS | City | St | Zip | Typ | COUNTY NAME | NEW AWARD VENDOR | NEW AWARD CONTRACT SEASONAL/YR | [illegible] | [illegible] | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10049 | 0 | 100.00% | | 22306 | 1026 MAIN ST. | [illegible] | MA | [illegible] | FS | WORCESTER | ADVANCED | SEASONAL | $4,774.40 | $796.21 | Property Info: RA is responsible for the entire site including the area around the former Dunkin Donuts/[illegible] |
| 10110 | | 100.00% | | 22306 | 467 BOSTON RD | BILLERICA | MA | 01821 | FS | MIDDLESEX | ADVANCED | SEASONAL | $5,512.57 | $901.51 | |
| 10111 | | 100.00% | | 22306 | 3 WATER STREET | HAVERHILL | MA | 01830 | SC | ESSEX | ADVANCED | SEASONAL | $4,331.65 | $711.97 | *SPLIT RESP* RA responsible for store sidewalk Only; these are under a hard roof/overhang, not exposed; LL handles center |
| 10112 | | 100.00% | | 22306 | 68 SOUTH MAIN ST. | HAVERHILL | MA | 01835 | FS | ESSEX | ADVANCED | SEASONAL | $3,055.33 | $487.58 | |
| 10113 | | 100.00% | | 22306 | 365 ESSEX ST. | LAWRENCE | MA | 01840 | FS | ESSEX | ADVANCED | SEASONAL | $5,275.81 | $711.97 | CITY SIDEWALKS ONLY, 2 sides |
| 10115 | | 100.00% | | 22306 | 120 [illegible] STREET | [illegible] | MA | 01844 | SC | ESSEX | ADVANCED | SEASONAL | $4,273.81 | $711.97 | *SPLIT RESP* RA responsible for store Sidewalk Only, these are under a hard roof/overhang, not exposed; LL handles center |
| 10116 | | 100.00% | | 22306 | 256 PLEASANT STREET | METHUEN | MA | 01844 | FS | ESSEX | ADVANCED | SEASONAL | $5,816.91 | $936.16 | |
| 10117 | 0 | 58.67% | | 22306 | 535 TURNPIKE STREET | NORTH ANDOVER | MA | 01845 | FS | ESSEX | ADVANCED | SEASONAL | $4,900.35 | $816.73 | |
| 10117 | [illegible] | 1.33% | Bank of Amer | 22306 | 535 TURNPIKE STREET | NORTH ANDOVER | MA | 01845 | FS | ESSEX | ADVANCED | SEASONAL | $65.11 | $10.85 | |
| 10122 | | 100.00% | | 22306 | 25 HAVEN STREET | READING | MA | 01867 | FS | MIDDLESEX | ADVANCED | SEASONAL | $4,521.19 | $753.45 | |
| 10123 | | 100.00% | | 22306 | 15 BOLTON STREET | READING | MA | 01867 | FS | MIDDLESEX | ADVANCED | SEASONAL | $4,912.57 | $818.76 | |
| 10125 | | 100.00% | | 22306 | 955 ANDOVER STREET | TEWKSBURY | MA | 01876 | FS | MIDDLESEX | ADVANCED | SEASONAL | $4,319.83 | $719.97 | |
| 10126 | | 100.00% | | 22306 | 1 CARLISLE ROAD | WESTFORD | MA | 01886 | FS | MIDDLESEX | ADVANCED | SEASONAL | $5,025.88 | $837.61 | |
| 10127 | | 100.00% | | 22306 | 208 MAIN STREET | WILMINGTON | MA | 01887 | FS | MIDDLESEX | ADVANCED | SEASONAL | $5,917.57 | $985.41 | |
| 10128 | | 100.00% | | 22306 | 158 LEWIS STREET | LYNN | MA | 01902 | FS | ESSEX | ADVANCED | SEASONAL | $5,145.09 | $857.57 | |
| 10131 | | 100.00% | | 22306 | 15 HAVERHILL ROAD | AMESBURY | MA | 01913 | FS | ESSEX | ADVANCED | SEASONAL | $5,237.90 | $835.34 | |
| 10134 | | 100.00% | | 22306 | 314 CENTRAL STREET | IPSWICH | MA | 01938 | FS | ESSEX | ADVANCED | SEASONAL | $4,362.96 | $727.16 | |
| 10136 | | 100.00% | | 22306 | 32 WHISTLESTOP MALL | ROCKPORT | MA | 01966 | MA | ESSEX | ADVANCED | SEASONAL | $4,363.96 | $727.16 | *SPLIT RESP* [illegible] SIDEWALK ONLY |
| 10150 | | 100.00% | | 22305 | 1100 DORCHESTER AVENUE | DORCHESTER | MA | 02125 | FS | SUFFOLK | ADVANCED | SEASONAL | $5,145.09 | $857.51 | |
| 10152 | | 100.00% | | 22306 | 780 EAST BROADWAY | SOUTH BOSTON | MA | 02127 | SC | SUFFOLK | ADVANCED | SEASONAL | $6,051.05 | $1,008.51 | |
| 10153 | | 100.00% | | 22306 | 971 [illegible] STREET | BOSTON | MA | 02136 | SC | SUFFOLK | ADVANCED | SEASONAL | $5,145.01 | $857.52 | |
| 10157 | | 100.00% | | 22306 | [illegible] HYDE PARK AVENUE | HYDE PARK | MA | 02136 | FS | SUFFOLK | ADVANCED | SEASONAL | $6,051.05 | $1,008.51 | |
| 10159 | | 100.00% | | 22306 | 110 RIVER STREET | CAMBRIDGE | MA | 02139 | FS | MIDDLESEX | ADVANCED | SEASONAL | $3,750.23 | $618.40 | |
| 10161 | | 100.00% | | 22305 | 540 SOMERVILLE AVENUE | SOMERVILLE | MA | 02143 | FS | MIDDLESEX | ADVANCED | SEASONAL | $5,189.00 | $853.54 | |
| 10162 | | 100.00% | | 22305 | [illegible] AVENUE | SOMERVILLE | MA | 02144 | FS | MIDDLESEX | ADVANCED | SEASONAL | $5,457.21 | $902.96 | |
| 10164 | | 100.00% | | 22305 | 835 BROADWAY | EVERETT | MA | 02149 | FS | MIDDLESEX | ADVANCED | SEASONAL | $6,409.31 | $1,068.39 | |
| 10166 | | 100.00% | | 22305 | 447 BROADWAY | REVERE | MA | 02151 | FS | SUFFOLK | ADVANCED | SEASONAL | $5,409.31 | $1,068.39 | |
| 10169 | 0 | 93.55% | | 22306 | 491-497 [illegible] ST. | MEDFORD | MA | 02155 | FS | MIDDLESEX | ADVANCED | SEASONAL | $5,202.00 | $867.10 | |
| 10169 | [illegible] | 6.45% | [illegible] | 22306 | 491-497 [illegible] ST | MEDFORD | MA | 02155 | FS | MIDDLESEX | ADVANCED | SEASONAL | $293.55 | $60.66 | |
| 1288 | | 100.00% | | 22309 | 2213 SOUTH JACKSON ROAD | JACKSON | MI | 49202 | FS | JACKSON | ADVANCED | SEASONAL | $4,600.12 | $760.09 | |
| 1530 | | 100.00% | | 22309 | 715 SOUTH [illegible] STREET | GRAND LEDGE | MI | 48837 | FS | EATON | ADVANCED | SEASONAL | $3,209.35 | $535.62 | |
| 1609 | | 100.00% | | 22306 | 1584 WEST GRAND RIVER AVENUE | OKEMOS | MI | 48864 | FS | INGHAM | ADVANCED | SEASONAL | $5,705.71 | $951.63 | |
| 1611 | | 100.00% | | 22306 | 2929 EAST LAKE LANSING ROAD | EAST LANSING | MI | 48823 | FS | INGHAM | ADVANCED | SEASONAL | $6,757.40 | $1,129.55 | |
| 1612 | | 100.00% | | 22306 | 2151 CEDAR STREET | HOLT | MI | 48842 | FS | INGHAM | ADVANCED | SEASONAL | $3,309.70 | $593.82 | |
| 1615 | | 100.00% | | 22306 | 1000 EAST MICHIGAN AVENUE | LANSING | MI | 48912 | FS | INGHAM | ADVANCED | SEASONAL | $6,010.21 | $1,002.20 | |
| 2231 | | 100.00% | | 22306 | 450 EAST CHICAGO STREET | COLDWATER | MI | 49036 | FS | BRANCH | ADVANCED | SEASONAL | $5,108.68 | $851.45 | |
| 2372 | | 100.00% | | 22306 | 8511 LANSING HIGHWAY | DURAND | MI | 48429 | FS | SHIAWASSEE | ADVANCED | SEASONAL | $5,108.66 | $851.41 | |
| 3967 | | 100.00% | | 22306 | 1019 WEST SAGINAW STREET | LANSING | MI | 48915 | FS | INGHAM | ADVANCED | SEASONAL | $5,409.11 | $901.53 | |
| 4015 | | 100.00% | | 22306 | [illegible] E SAGINAW STREET | EAST LANSING | MI | 48823 | FS | INGHAM | ADVANCED | SEASONAL | $5,709.21 | $951.62 | |
| 4032 | | 100.00% | | 22306 | 1700 EAST SAGINAW STREET | LANSING | MI | 48912 | FS | INGHAM | ADVANCED | SEASONAL | $6,010.21 | $1,002.30 | |
| 4131 | | 100.00% | | 22306 | 507 SOUTH TELEGRAPH ROAD | MONROE | MI | 48161 | FS | MONROE | ADVANCED | SEASONAL | $5,510.74 | $918.44 | |
| 4150 | | 100.00% | | 22306 | 3100 EAST MICHIGAN AVENUE | JACKSON | MI | 49202 | FS | JACKSON | ADVANCED | SEASONAL | $5,510.74 | $918.46 | |
| 4155 | | 100.00% | | 22310 | 17780 HARPER AVENUE | DETROIT | MI | 48224 | FS | WAYNE | ADVANCED | SEASONAL | $3,619.77 | $603.30 | Includes the small lot across [illegible] Street [illegible] |
| 4178 | | 100.00% | | 22310 | 3002 EAST GRAND RIVER AVE. | HOWELL | MI | 48843 | FS | LIVINGSTON | ADVANCED | SEASONAL | $5,376.20 | $895.07 | |
| 4442 | | 100.00% | | 22306 | 4515 CORUNNA ROAD | FLINT | MI | 48532 | FS | GENESEE | ADVANCED | SEASONAL | $5,108.50 | $851.43 | |
| 4577 | | 100.00% | | 22306 | 103 SOUTH WHITTEMORE ST | ST. JOHNS | MI | 48879 | FS | CLINTON | ADVANCED | SEASONAL | $5,010.22 | $1,001.70 | |
| 4607 | | 100.00% | | 22306 | 715 SOUTH MAIN STREET | EATON RAPIDS | MI | 48827 | FS | EATON | ADVANCED | SEASONAL | $5,409.15 | $901.53 | |
| 4740 | | 100.00% | | 22306 | 1155 EAST GRAND RIVER AVE. | PORTLAND | MI | 48875 | FS | IONIA | ADVANCED | SEASONAL | $5,108.58 | $851.43 | |
| 4744 | | 100.00% | | 22306 | 441 NORTH MAIN STREET | PERRY | MI | 48872 | FS | SHIAWASSEE | ADVANCED | SEASONAL | $5,108.58 | $851.43 | |

Case ID: 190201821

Exhibit C
Store List Pricing

Case ID: 190201821

Exhibit C
Store List Pricing

| ID# | Supplier # | Pro Rata | Supplier Detail | Div # | Address | City | St | Zip | Type | County Name | New Award Vendor | New Award Contract Seasonal/PP | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10500 | | 100.00% | | 17506 | 2645 SOUTH BROAD STREET | HAMILTON TOWNSHIP | NJ | 08610 | FS | MERCER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $[illegible] | |
| 10507 | | 100.00% | | 17506 | [illegible] PENNINGTON AVENUE | EWING | NJ | 08638 | DT | MERCER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,108.70 | $518.78 | |
| 10530 | | 100.00% | | 17502 | 119 MAIN STREET | MATAWAN | NJ | 07747 | FS | MONMOUTH | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,109.26 | $518.21 | RA property has no land. Verified snow storage. |
| 10554 | | 100.00% | | 17508 | 1730 ROUTE 37 EAST | TOMS RIVER | NJ | 08753 | FS | OCEAN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $[illegible] | |
| 10535 | | 100.00% | | 17501 | [illegible] | TOMS RIVER | NJ | 08753 | FS | OCEAN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,433.10 | $572.18 | |
| 1379 | | 100.00% | | 33215 | 301 GREENE STREET | MARIETTA | OH | 45750 | FS | WASHINGTON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,500.00 | $416.67 | |
| 1400 | | 100.00% | | 33215 | 303 WASHINGTON BOULEVARD | BELPRE | OH | 45714 | FS | WASHINGTON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,500.00 | $583.33 | |
| 114 | | 100.00% | | 17605 | 1626-34 CHESTNUT STREET | PHILADELPHIA | PA | 19103 | DT | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,890.00 | $481.67 | *REQUIRES ALTERNATE DEICER** City Sidewalk Only Per LL, [illegible] |
| 183 | | 100.00% | | 15503 | 10 WEST MAIN STREET | LANSDALE | PA | 19446 | FS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,[illegible] | $[illegible] | |
| 188 | | 100.00% | | 15505 | [illegible] HUNTINGDON PIKE | HUNTINGDON VALLEY | PA | 19006 | FS w/ [illegible] | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,184.07 | $530.68 | *SPLIT RESP* RA responsible for snow removal from store sidewalks, drive thru and loading area. LL is responsible for land, parking areas, ingress/egress, delivery areas, etc. |
| 203 | | 100.00% | | 15507 | 26 WEST INDEPENDENCE STREET | SHAMOKIN | PA | 17872 | DT | NORTHUMBERLAND | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,[illegible] | $[illegible] | |
| 208 | | 100.00% | | 15507 | 15 SOUTH MAIN STREET | [illegible] | PA | [illegible] | FS | [illegible] | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,[illegible] | $[illegible] | |
| 222 | 0 | [illegible] | | 15507 | 152 SOUTH CENTRE AVENUE | FRACKVILLE | PA | 17931 | FS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,[illegible] | $[illegible] | |
| 223 | [illegible] | [illegible] | [illegible] | 15507 | 152 SOUTH CENTRE AVENUE | FRACKVILLE | PA | 17931 | FS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $[illegible] | $[illegible] | |
| 224 | [illegible] | [illegible] | [illegible] | 15507 | 152 SOUTH CENTRE AVENUE | FRACKVILLE | PA | 17931 | FS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $[illegible] | $[illegible] | |
| 225 | [illegible] | [illegible] | Subway | 15507 | 152 SOUTH CENTRE AVENUE | FRACKVILLE | PA | 17931 | FS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $[illegible] | $[illegible] | |
| 242 | | 100.00% | | 17605 | 730-32 MARKET STREET | PHILADELPHIA | PA | 19106 | DT | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,890.00 | $481.67 | City Sidewalk Only |
| 246 | 0 | [illegible] | | 15513 | 500 EAST LANCASTER AVENUE | SHILLINGTON | PA | 19607 | FS | BERKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,252.00 | $375.33 | |
| 247 | [illegible] | [illegible] | [illegible] | 15513 | 500 EAST LANCASTER AVENUE | SHILLINGTON | PA | 19607 | FS | BERKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,501.33 | $250.22 | |
| 265 | | 100.00% | | 15509 | [illegible] YORK ROAD | [illegible] | PA | [illegible] | FS | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,871.50 | $478.55 | *SPLIT RESP* LL responsible for lot, public walks; RA is responsible for store sidewalks and for handicapped ADA ramps. |
| 441 | | 100.00% | | 15509 | 150 SOUTH STREET | PENNSBURG | PA | 18073 | FS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,711.39 | $451.90 | |
| 461 | | 100.00% | | 15506 | 17 DOUGLASSVILLE SHOP CTR | DOUGLASSVILLE | PA | 19518 | FS | BERKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $[illegible] | |
| 507 | | 100.00% | | 15507 | 10 SOUTH CENTRE STREET | POTTSVILLE | PA | 17901 | DT | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,129.40 | $[illegible] | CITY SIDEWALK ONLY, RA owned |
| 533 | | 100.00% | | 17605 | [illegible] CASTOR AVENUE | PHILADELPHIA | PA | 19135 | DT | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $581.[illegible] | RA property is owned with store, a large shared [illegible] (limited snow storage), store walks, city sidewalks, & 2 surplus tenants on the corner (post office/adjacent space). Fenced parking lot w/ 2 ingress/egress spots at rear store and is 100% billed to store #, except push snow against post office receiving. Surplus city sidewalks and receiving areas are charged separately to [illegible], not included in this contract. |
| 654 | | 100.00% | | 17605 | [illegible] ROAD | PHILADELPHIA | PA | 19115 | FS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,[illegible] | $[illegible] | |
| 696 | | 100.00% | | 15507 | 15 WEST CENTRE STREET | MAHANOY CITY | PA | 17948 | FS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,[illegible] | $[illegible] | |
| 813 | | 100.00% | | 15509 | 540 EAST HIGH STREET | POTTSTOWN | PA | 19464 | FS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $[illegible] | $[illegible] | |
| 858 | | 100.00% | | 15505 | [illegible] NEW FALLS ROAD | LEVITTOWN | PA | 19055 | SC | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $[illegible] | *SPLIT RESP* RA is responsible for store sidewalks only |
| 863 | | 100.00% | | 17605 | [illegible] AVENUE | PHILADELPHIA | PA | 19116 | FS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,205.47 | $700.91 | *[illegible] PROPERTY - DISTRICT OFFICE* RA property includes a district office, same building/site/sidewalks shared with store |
| 875 | | 100.00% | | 15507 | [illegible] BOULEVARD | POTTSVILLE | PA | 17901 | FS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $[illegible] | |
| 971 | | 100.00% | | 15505 | [illegible] ROAD | TREVOSE | PA | 19053 | FS w/ [illegible] | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,[illegible] | $[illegible] | *SPLIT RESP* Per LL, LL handles lot and RA is to handle store sidewalks only [illegible] |
| 981 | | 100.00% | | 15511 | 120 EAST LINCOLN HIGHWAY | COATESVILLE | PA | 19320 | FS | CHESTER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,[illegible] | $[illegible] | |
| 991 | | 100.00% | | 15104 | 237 East Lancaster Avenue | WAYNE | PA | 19087 | FS | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $[illegible] | New Store Dec 2013. |
| 1018 | | 100.00% | | 17605 | [illegible] ROOSEVELT BOULEVARD | PHILADELPHIA | PA | 19152 | FS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,[illegible] | $[illegible] | |
| 1148 | | 100.00% | | 15106 | 500 CHESTERBROOK BLVD STE 1 | CHESTERBROOK | PA | 19087 | SC | CHESTER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,500.00 | $250.00 | *SPLIT RESP* RA is responsible for the store sidewalks only. LL is responsible for remainder of site/parking lot and public walks. RA pays CAM |
| 1176 | | 100.00% | | 15111 | [illegible] ROAD | ASTON | PA | 19014 | FS | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,[illegible] | $[illegible] | |
| 1184 | | 100.00% | | 17101 | [illegible] WELSH ROAD | PHILADELPHIA | PA | 19115 | FS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,[illegible] | $[illegible] | |

4 of 7
Copy of Seasonal_ADVANCED

Case ID: 190201821

Exhibit C
Store List Pricing

| ID | [illegible] | PRO RATA | Tenant DBA | STORE | ADDRESS | CITY | ST | ZIP | Bldg Type | COUNTY NAME | NEW AWARD VENDOR | NEW AWARD CONTRACT (SEASONAL/PP) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1316 | | 100.00% | | 11301 | 640 MONTGOMERY AVENUE | [illegible] | PA | 19035 | IS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,102.05 | $517.01 | "SPLIT COST" RA is responsible for store sidewalks only |
| 1410 | | 100.00% | | 31302 | 601 DELAWARE AVENUE | PALMERTON | PA | 18071 | IS | CARBON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,411.30 | $735.22 | |
| 1507 | 0 | 65.00% | | 11304 | 2901 SPRINGFIELD ROAD | BROOMALL | PA | 19008 | DT | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,284.53 | $547.42 | RA is responsible for owned property, specifically 115' from Springfield to Manor, [illegible] Lane |
| 1507 | [illegible] | 35.00% | Washington [illegible] | 11304 | 2901 SPRINGFIELD ROAD | BROOMALL | PA | 19008 | DT | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $95.60 | |
| 1591 | | 100.00% | | 31313 | 524 NORTH 9TH STREET | READING | PA | 19601 | IS | BERKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,883.11 | $813.87 | |
| 1677 | | 100.00% | | 11306 | 6413 NEW FALLS ROAD | LEVITTOWN | PA | 19057 | IS | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,838.57 | $806.10 | RA new store 2013 |
| 1781 | | 100.00% | | 11308 | 1908 WEST MAIN STREET | [illegible] | PA | 19401 | IS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,078.43 | $679.90 | |
| 1866 | | 100.00% | | 11303 | 1520 MAIN STREET | NORTHAMPTON | PA | 18067 | IS | NORTHAMPTON | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,004.41 | $667.40 | |
| 1879 | | 100.00% | | 31313 | [illegible] | EXTON | PA | 19341 | IS | CHESTER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2,998.50 | $499.92 | "SPLIT COST" RA is responsible for store sidewalks only |
| 1936 | | 100.00% | | 47606 | 2017-2021 SOUTH BROAD ST | PHILADELPHIA | PA | 19148 | DT | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,063.09 | $510.52 | |
| 1944 | | 100.00% | | 47607 | 3722 WEST 9TH STREET | CHESTER | PA | 19013 | IS | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,240.06 | $706.68 | |
| 2287 | | 100.00% | | 11305 | 152 POND STREET | BRISTOL | PA | 19007 | IS w [illegible] | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,144.57 | $524.10 | RA property includes entire shopping center, including [illegible] by lease |
| 2414 | | 100.00% | | 31307 | 119 EAST CENTRE STREET | [illegible] | PA | 17931 | IS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,063.57 | $510.59 | |
| 2444 | | 100.00% | | 47407 | 1600 EDGMONT AVENUE | CHESTER | PA | 19013 | IS | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,400.47 | $734.75 | |
| 2493 | | 100.00% | | 31311 | 130 PHILADELPHIA AVENUE | [illegible] | PA | 19607 | IS | BERKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,328.37 | $588.07 | Extensive City Sidewalks |
| 2611 | | 100.00% | | 47602 | 130 [illegible] AVENUE | SPRINGFIELD | PA | 19064 | DT | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,565.19 | $594.57 | City Sidewalk Only |
| 3071 | | 100.00% | | 11305 | [illegible] SOUTH BETHLEHEM PIKE | AMBLER | PA | 19002 | IS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,699.97 | $616.66 | |
| 3125 | | 100.00% | | 47606 | 1114 SOUTH 7TH STREET | PHILADELPHIA | PA | 19147 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,243.28 | $540.65 | |
| 3178 | | 100.00% | | 47101 | 7941 OXFORD AVENUE | PHILADELPHIA | PA | 19111 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,531.50 | $470.25 | |
| 3425 | | 100.00% | | 31307 | 807 SOUTH 4TH STREET | HAMBURG | PA | 19526 | IS | BERKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,203.72 | $533.95 | |
| 3495 | | 100.00% | | 11104 | 820 MAIN STREET | [illegible] | PA | 19438 | SC | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,608.47 | $608.15 | |
| 3770 | 0 | 75.00% | | 47608 | 1000-1008 MARKET STREET | PHILADELPHIA | PA | 19107 | DT | PHILADELPHIA | ADVANCED | SEASONAL | NONE | NONE | NONE | NONE | NONE | NONE | [illegible] | [illegible] | $2,164.50 | $361.35 | CITY SIDEWALK ONLY |
| 3770 | 37749 | 25.00% | Vacant Space | 47605 | 1000-1008 MARKET STREET | PHILADELPHIA | PA | 19107 | DT | PHILADELPHIA | ADVANCED | SEASONAL | NONE | NONE | NONE | NONE | NONE | NONE | [illegible] | [illegible] | $721.50 | $120.42 | CITY SIDEWALK ONLY |
| 3803 | | 100.00% | | 47604 | 304-20 EAST PASSYUNK AVENUE | PHILADELPHIA | PA | 19147 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,625.44 | $604.14 | |
| 3821 | | 100.00% | | 47606 | [illegible] SOUTH 9TH STREET | PHILADELPHIA | PA | 19147 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,239.54 | $706.60 | |
| 3836 | | 100.00% | | 47606 | 1500 W. MOYAMENSING AVENUE | PHILADELPHIA | PA | 19145 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,239.58 | $706.60 | |
| 4004 | | 100.00% | | 11101 | 2308 MACARTHUR ROAD | WHITEHALL | PA | 18052 | IS | LEHIGH | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,431.10 | [illegible] | |
| 4011 | | 100.00% | | 47607 | [illegible] CITY LINE AVENUE | PHILADELPHIA | PA | 19131 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,068.44 | $511.57 | |
| 4114 | | 100.00% | | 47601 | [illegible] CASTOR AVENUE | PHILADELPHIA | PA | 19152 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,496.72 | $583.14 | |
| [illegible] | | 100.00% | | 11107 | 1080 S WEST END BLVD | QUAKERTOWN | PA | 18951 | IS | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,401.91 | $567.32 | |
| [illegible] | | 100.00% | | 17121 | 1107 PHOENIXVILLE PIKE | WEST CHESTER | PA | 19380 | IS | CHESTER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,351.71 | $558.62 | |
| [illegible] | | 100.00% | | 11308 | [illegible] S VALLEY FORGE ROAD | LANSDALE | PA | 19446 | IS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,697.08 | $577.63 | |
| [illegible] | | 100.00% | | 47601 | [illegible] FRANKFORD AVENUE | PHILADELPHIA | PA | 19114 | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,671.35 | $611.06 | |
| [illegible] | | 100.00% | | 11107 | [illegible] W TILGHMAN STREET | ALLENTOWN | PA | [illegible] | IS | LEHIGH | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,903.91 | $650.52 | |
| [illegible] | | 100.00% | | 11111 | [illegible] MAIN STREET | MORGANTOWN | PA | 19543 | IS | BERKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,376.11 | $564.02 | |
| [illegible] | | 100.00% | | 11107 | [illegible] MAIN STREET | [illegible] | PA | [illegible] | IS | LEHIGH | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,111.38 | $705.77 | |
| [illegible] | | 100.00% | | 11107 | [illegible] HAMILTON BOULEVARD | ALLENTOWN | PA | 18106 | IS | LEHIGH | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,402.94 | $567.17 | |
| [illegible] | | 100.00% | | 11101 | 105 CENTER STREET | TAMAQUA | PA | 18252 | IS | SCHUYLKILL | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,303.91 | $551.32 | |
| [illegible] | | 100.00% | | 11106 | [illegible] COUNTY LINE ROAD | [illegible] | PA | 18966 | SC | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $835.04 | "SPLIT COST" Per Lease, LL handles lights and bills RA pro rata CAM; RA is to handle store sidewalks and [illegible] areas only. Store relocated June 2015 |
| [illegible] | | 100.00% | | [illegible] | [illegible] W LANCASTER AVENUE | BRYN MAWR | PA | 19010 | IS | MONTGOMERY | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,284.52 | $547.42 | |
| [illegible] | | 100.00% | | [illegible] | [illegible] LINCOLN HIGHWAY | FAIRLESS HILLS | PA | 19030 | IS | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,466.17 | $582.40 | |
| [illegible] | | 100.00% | | [illegible] | 1 [illegible] SQUARE, SUITE A | LANGHORNE | PA | 19047 | IS | BUCKS | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,454.41 | $587.40 | [illegible] |
| [illegible] | | 100.00% | | [illegible] | [illegible] CHICHESTER AVENUE | BOOTHWYN | PA | 19061 | IS | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,358.88 | [illegible] | |
| [illegible] | | 100.00% | | [illegible] | [illegible] EAST BALTIMORE PIKE | MEDIA | PA | 19063 | IS | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,102.05 | $517.01 | |
| [illegible] | | 100.00% | | [illegible] | [illegible] WEST CHESTER PIKE | [illegible] | PA | 19073 | IS | DELAWARE | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,649.43 | $608.15 | NEW STORE 2013 |
| [illegible] | | 100.00% | | [illegible] | [illegible] OXFORD AVENUE | PHILADELPHIA | PA | [illegible] | IS | PHILADELPHIA | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,632.79 | $606.90 | |
| [illegible] | | 100.00% | | [illegible] | [illegible] LINCOLN HIGHWAY | [illegible] | PA | [illegible] | IS | CHESTER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,351.71 | $558.62 | |
| [illegible] | | 100.00% | | [illegible] | [illegible] WALLACE AVENUE | DOWNINGTOWN | PA | 19335 | IS | CHESTER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,351.71 | $558.62 | |
| [illegible] | | 100.00% | | [illegible] | [illegible] NORTH [illegible] ROAD | KENNETT SQUARE | PA | 19348 | IS | CHESTER | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $3,175.11 | $529.22 | |

6 of 7
Copy of Seasonal_ADVANCED

Case ID: 190201821

Exhibit C
Store List Pricing

| ID | Supplier # | PRO RATA | Supplier Code | DB # | ADDRESS | City | ST | Zip | Site Type | COUNTY NAME | NEW AWARD VENDOR | NEW AWARD CONTRACT SEASONALITY | | | | | | | | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11137 | | 100.00% | | 11511 | 1578 WEST CHESTER PIKE | WEST CHESTER | PA | 19382 | FS | CHESTER | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,715.64 | $427.64 | NEW STORE (4/1/2016 - 9/1) responsible for our site AND the entire access lane between us and [illegible]. Must be able to reconcile cost of the center access lane with the tenant, therefore we need a portion of total cost designated for the center access lane. 100% access lane [illegible] - to be billed 50% to neighbor |
| 11142 | | 100.00% | | 11504 | 1414 [illegible] STREET | LANSDALE | PA | 19446 | FS | MONTGOMERY | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,649.47 | $408.75 | |
| 11145 | | 100.00% | | 11506 | 200 [illegible] ROAD | PHOENIXVILLE | PA | 19460 | FS | CHESTER | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | NONE | NONE | NONE | $1,361.57 | $507.17 | RA property but no city sidewalks |
| 11149 | | 100.00% | | 11107 | 75 NORTH [illegible] STREET | BOYERTOWN | PA | 19512 | FS | BERKS | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,723.77 | $538.95 | |
| 11150 | | 100.00% | | 11151 | 516 PENN STREET | READING | PA | 19602 | [illegible] | BERKS | ADVANCED | SEASONAL | NONE | NONE | NONE | NONE | NONE | NONE | Seasonal | Seasonal | $1,990.40 | $499.43 | CITY SIDEWALK ONLY |
| 11177 | | 100.00% | | 11153 | [illegible] PERKIOMEN AVENUE | READING | PA | 19606 | [illegible] | BERKS | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,528.12 | $398.03 | |
| 11178 | | 100.00% | | 11113 | 2210 STATE HILL ROAD | WYOMISSING | PA | 19610 | FS | BERKS | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,579.11 | $529.22 | |
| 113 | | 100.00% | | 11705 | 260 [illegible] HIGHWAY | [illegible] | WV | 25635 | FS | LOGAN | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,895.91 | $606.37 | |
| 813 | | 100.00% | | 11820 | 416 APPALACHIAN HIGHWAY | PINEVILLE | WV | 24874 | SC | WYOMING | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | NONE | NONE | $1,422.57 | $521.36 | SC, RA's [illegible] |
| 191 | | 100.00% | | 11225 | 501A [illegible] BOULEVARD | ELEANOR | WV | 25070 | FS | PUTNAM | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $2,830.00 | $481.67 | |
| 171 | | 100.00% | | 11216 | 907 NORTH [illegible] STREET | GLENVILLE | WV | 26351 | FS | GILMER | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $2,304.19 | $550.60 | |
| 260 | | 100.00% | | 11165 | 406 WASHINGTON STREET | RAVENSWOOD | WV | 26164 | FS | JACKSON | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $5,127.57 | $521.60 | |
| 284 | | 100.00% | | 11908 | 555 STOVER DRIVE | [illegible] | WV | 25551 | FS | [illegible] | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,751.11 | $605.56 | |
| 286 | | 100.00% | | 11215 | [illegible] DRIVE | CHARLESTON | WV | 25312 | FS | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $2,712.78 | $461.96 | |
| 906 | | 100.00% | | 11112 | 75 WEST MAIN STREET | BUCKHANNON | WV | 26201 | FS | UPSHUR | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,573.30 | $767.30 | |
| 914 | | 100.00% | | 11216 | [illegible] | ELKINS | WV | 26241 | FS | RANDOLPH | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,573.30 | $762.30 | |
| 917 | | 100.00% | | 11216 | 208 S. [illegible] STREET | CLARKSBURG | WV | 26301 | FS | HARRISON | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,082.47 | $615.00 | |
| 919 | | 100.00% | | 11211 | 405 [illegible] ROAD | WESTOVER | WV | 26501 | FS | MONONGALIA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,997.87 | $603.94 | |
| 921 | | 100.00% | | 11218 | 150 WEST MAIN STREET | ROMNEY | WV | 26757 | FS | HAMPSHIRE | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,275.00 | $772.50 | |
| 933 | | 100.00% | | 11206 | 26 MAIN AVENUE | LOGAN | WV | 25601 | FS | LOGAN | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,955.55 | $582.55 | |
| 934 | | 100.00% | | 11211 | 3401 MACCORKLE AVENUE SE | CHARLESTON | WV | 25304 | FS | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,648.78 | $587.80 | |
| 935 | | 100.00% | | 11193 | 600 WEST WASHINGTON STREET | CHARLESTON | WV | 25302 | FS | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,290.33 | $715.06 | |
| 937 | | 100.00% | | 11286 | 5101 [illegible] AVENUE | DUNBAR | WV | 25064 | SC | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $2,890.00 | $481.67 | RA owned |
| 954 | 6 | 98.00% | | 11285 | 1015 BRIDGE ROAD | CHARLESTON | WV | 25314 | SC | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,817.72 | $506.36 | |
| 954 | 17244 | 2.00% | All Things [illegible] | 11285 | 1015 BRIDGE ROAD | CHARLESTON | WV | 25314 | SC | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $63.00 | $10.33 | |
| 966 | | 100.00% | | 11261 | 305 [illegible] AVENUE | SAINT ALBANS | WV | 25177 | FS | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,460.00 | $540.67 | |
| 967 | | 100.00% | | 11285 | 313 MACCORKLE AVENUE SW | SO CHARLESTON | WV | 25303 | FS | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,290.33 | $715.06 | |
| 968 | | 100.00% | | 11285 | 1700 W. WASHINGTON STREET | CHARLESTON | WV | 25312 | FS | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,290.33 | $715.06 | |
| 949 | | 100.00% | | 11704 | 1200 MAIN STREET EAST | OAK HILL | WV | 25901 | FS | FAYETTE | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,598.51 | $746.31 | |
| 950 | | 100.00% | | 11705 | 3138 [illegible] BOULEVARD | HUNTINGTON | WV | 25701 | FS | CABELL | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $2,890.00 | $481.67 | |
| 953 | | 100.00% | | 11806 | [illegible] STREET | [illegible] | WV | 25209 | FS | BOONE | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,710.00 | $416.35 | |
| 957 | | 100.00% | | 11704 | 4377 ROBERT C BYRD DRIVE | BECKLEY | WV | 25801 | FS | RALEIGH | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,115.00 | $686.14 | |
| 959 | | 100.00% | | 11713 | 415 MAIN STREET WEST | RIPLEY | WV | 25271 | FS | JACKSON | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $1,464.44 | $377.41 | |
| 960 | | 100.00% | | 11215 | 225 STATE ROUTE 34 | HURRICANE | WV | 25526 | FS | PUTNAM | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,600.00 | $600.00 | |
| 962 | | 100.00% | | 11306 | 6408 US ROUTE 60 EAST | BARBOURSVILLE | WV | 25504 | FS | CABELL | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,600.00 | $550.00 | |
| 977 | | 100.00% | | 11214 | 157 MAIN ST (@ FLORENCE ALLEY) | GRANTSVILLE | WV | 26147 | FS | CALHOUN | ADVANCED | SEASONAL | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Seasonal | Seasonal | $1,000.00 | $186.67 | CITY SIDEWALK ONLY, RA owned |
| 1000 | | 100.00% | | 11215 | 2175 W. DUPONT AVENUE | BELLE | WV | 25015 | FS | KANAWHA | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,646.78 | $607.80 | |
| 1272 | | 100.00% | | 11215 | 173 MAIN STREET | CLAY | WV | 25043 | FS | CLAY | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,464.44 | $577.41 | |
| 1280 | | 100.00% | | 11708 | 406 [illegible] AVENUE | DANVILLE | WV | 25053 | FS | BOONE | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $2,979.18 | $495.20 | |
| 1366 | | 100.00% | | 11711 | 718 EAST [illegible] STREET | WESTON | WV | 26452 | FS | LEWIS | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,115.88 | $605.90 | |
| 1441 | | 100.00% | | 11705 | [illegible] PARKWAY | OCEANA | WV | 24870 | FS | WYOMING | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,518.83 | $771.47 | |
| 1379 | | 100.00% | | 11705 | 387 VIRGINIA AVENUE | WELCH | WV | 24801 | FS | MCDOWELL | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,328.83 | $721.47 | |
| 1371 | | 100.00% | | 11708 | 801 [illegible] AVENUE | MULLENS | WV | 25882 | FS | WYOMING | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $4,596.54 | $766.76 | |
| 1380 | | 100.00% | | 11715 | [illegible] AVENUE | PARKERSBURG | WV | 26104 | FS | WOOD | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,250.11 | $541.09 | |
| 1407 | | 100.00% | | 11306 | [illegible] ROAD | CRAIGSVILLE | WV | 26205 | FS | NICHOLAS | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,319.36 | $553.26 | |
| 1408 | | 100.00% | | 11216 | 100 EAST MAIN STREET | MANNINGTON | WV | 26582 | FS | MARION | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,692.87 | $615.48 | City requires a permit for a snowplower to plow here |
| 1414 | | 100.00% | | 11214 | 111 E. MAIN STREET | PHILIPPI | WV | 26416 | FS | BARBOUR | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,306.54 | $550.49 | |
| 1440 | | 100.00% | | 11715 | 3600 EAST 7TH STREET | PARKERSBURG | WV | 26101 | FS | WOOD | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,304.74 | $550.49 | |
| 1442 | | 100.00% | | 11805 | [illegible] DRIVE | [illegible] | WV | 24892 | FS | MCDOWELL | ADVANCED | SEASONAL | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | Seasonal | $3,135.94 | $522.31 | |

Case ID: 190201821

Exhibit C
State Loss Pro Pro

Exhibit D

INVOICING INSTRUCTIONS

*When this Exhibit D is attached to any agreement between Rite Aid and a contractor, the terms of both the agreement and any preceding exhibits prevail over the terms in this Exhibit. Not all provisions in this Exhibit are relevant to all agreements attached thereto.

The content of this Exhibit provides policies and procedures related to facility repair and maintenance proposals, quotes and payments. The Exhibit also contains examples of acceptable invoice format and a Validated Service Ticket ("VST") or its alternative, for satisfactory work verification.

The following is included in this Exhibit:

- Retail Facilities Contractor Instruction Sheet (Pages 2-3)
- Retail Facilities Proposal for Repair Procedure (Page 4)
- Retail Facilities Invoice Procedure (Pages 5)
- Sample Work Order (Page 6)
- Sample Invoice (Page 7)
- Sample VST Exception Request Form (Page 8)
- Approved Affidavit Form (Page 9)

For questions about the enclosed forms, please contact a Rite Aid Retail Facilities Administrator for guidance at (717) 730-8200. Compliance with the policies and procedures will assist Rite Aid in providing clear direction to the contractor and minimize unnecessary delays in invoice processing time. These guidelines apply when dealing with Rite Aid representatives directly, but also through another source as Rite Aid may designate from time to time, such as a third party call center or service consolidator.

# Retail Facilities Contractor Instruction Sheet

All Contractor invoicing must adhere to the following attached policy, procedure and invoice guidelines. Invoices not in compliance with the attached guidelines will not be paid.

**Policy Guidelines:**

**1.)** **Invoices for ALL work completed must be accompanied by a verification in the form of a VST or approved alternative (e.g. IVR, post-service confirmation record, etc.).** This requirement includes scheduled, preventative maintenance and on-demand work unless a prior exception has been issued in writing by Retail Facilities and the Accounts Payable Department. Exceptions are typically provided for scheduled, preventative maintenance when the Contractor can provide an acceptable electronic verification of work completion along with the invoice. Exceptions may be granted in whole or in part to a particular Contractor, or regarding a particular Service. Annual Exceptions may be requested in writing in the attached format and sent to the attention of:

Robert Fazakerley, Vice President, Retail and Corporate Facilities
Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011

**2.)** A Retail Facilities Repair and Maintenance representative authorizing service will issue a dispatch number for all facilities repair work. The dispatch number will serve as the authorization number and must be included on the service ticket and invoice.

**3.)** **When receiving an emergency call directly from a Rite Aid Store**, respond to the service request and contact the Rite Aid Repair and Maintenance Request line immediately at (866) 532-9927 to report the emergency call and obtain a dispatch number. An emergency is defined as an incident involving danger or injury to human life or severe damage or loss to Rite Aid property/assets, including products for resale.

**4.)** Invoices must be accompanied by the appropriate supporting paperwork such as guarantees, warranties, permits, manuals, etc.

**5.)** All invoices must be received by Rite Aid within thirty (30) days from the date the work was performed.

**6.)** Invoice payment check stubs indicate the invoice numbers covered by a check. Contractors shall credit these specific invoices directly, instead of applying the check amount to the total balance or oldest invoices.

**7.)** For invoices in excess of $5,000, or upon Rite Aid's request, Contractor shall include a sworn statement indicating all indebtedness is paid in full and provide waivers of liens from subcontractors, suppliers and any party with a right to assert a lien.

**8.)** The Contractor's employees must be properly licensed to perform the trade for which Rite Aid has engaged it, as required by all jurisdictions having authority.

**9.)** It is the responsibility of the Contractor to obtain all necessary trade permits and inspections required for the project at hand. Plans, drawings, permits and inspection fees should be included as a separate line item on all invoicing.

**10.)** Travel Charges: A company vehicle and customary mechanic's tools are essential to the work performance of contractors and tradesmen, therefore Rite Aid does not pay separate truck or small tool charges.

**Procedure Guidelines:**

**1.)** Initial service calls are authorized up to a dollar amount specified in writing on the work order. If repairs are going to exceed this amount, Contractor must call the Rite Aid Repair and Maintenance Request line at (866) 532-9927 for a verbal approval or to submit a quote. For repairs in excess of $1,500, a written proposal per the attached Retail Facilities Proposal for Repair Procedure must be submitted. If the proposal is approved, Contractor will receive notification of the acceptance.

**2.)** Upon arriving at the store, Contractor must sign in the Vendor Log at the manager's office and use the store telephone to use the Integrated Voice Response (IVR) system, unless the Contractor is IVR exempt.

- For the IVR, Contractor must identify the number of technicians present.
- After work is completed or when leaving the store for any reason, Contractor must sign out on the Vendor Log and use the store telephone to log out using the IVR system (unless exempt). If the Vendor Log is unavailable, Contractor must advise the Rite Aid manager on duty of its actions.

**3.)** A Validated Service Ticket (VST), should include time and/or hours filled in by the manager, and the scope of work performed. If the technician disagrees with the time the Rite Aid manager fills in, s/he should place a note in the comment section. Both parties should read before they sign and use the comment section as necessary.

**4.)** Each trip to a Rite Aid store requires a separate VST or separate IVR entry for jobs not complete. Example: If the service call requires three trips to the store in order to complete the assigned work, submit three separate VST's with the invoice, or log in and out on the IVR with each visit.

**5.)** Include all work associated with a specific work order on one invoice, irrespective of the number of days required to complete the work. Rite Aid Accounts Payable cannot process multiple invoices against one dispatch number.

**6.)** If a technician is denied access to the store by the store manager or does not receive cooperation to perform work requested and approved by the Retail Facilities Repair and Maintenance representative, instruct your technician to notify their supervisor; the supervisor will contact the dispatching Facility Administrator at (717) 730-8200 for assistance. **Rite Aid expects courteous and professional performance by all parties.**

## RETAIL FACILITIES PROPOSAL FOR REPAIR PROCEDURE

1. If repairs cannot be completed in the designated time frame or will exceed the authorization limit set by the Facilities Administrator at the time of dispatch, a recommendation for repair must be submitted to Rite Aid for approval ("Proposal" or "Quote").

2. The Proposal or Quote must provide the following information:

   a. Description of problem and short reason as to why problem occurred.

   b. Breakdown of material needed with price for each item, including permits, inspection fees, etc.

   c. Separate tax calculation.

   d. Breakdown of number of labor hours needed to complete work, by technician.

   e. If applicable, trip charge, initial service call, GC OH&P or management fee.

   f. Any rental or other charges (freight, crane, etc.).

   g. Total of above charges.

   h. Analysis of necessity of repair at this time.

   i. Availability of material and ship date, if applicable.

   j. Estimated completion date and time.

3. For additional work authorization over the initial authorization, Contractor must obtain verbal approval to proceed with work while the Contractor is on site; Contractor must then submit the revised approved cost for incorporation into the existing dispatch number.

4. All Proposals will be accepted as NOT TO EXCEED itemized quotes and not as a lump sum.

## RETAIL FACILITIES INVOICE PROCEDURE

Below is a list of the specific procedures to be followed when invoicing to Rite Aid Corporation.

1. All invoices MUST be clearly labeled **"Invoice" with an invoice date and number.** Rite Aid does not pay from statements.

2. All invoices MUST identify **store number and location and the exact date(s) of service.**

3. Rite Aid can accommodate spreadsheet billings for multiple locations for fixed price contract agreements. Contact the appropriate Rite Aid Retail Facilities representative for spreadsheet billing requirements.

4. All invoices MUST identify **contractor's name, vendor number, complete address and phone number.**

5. All invoices MUST show the **dispatch number and a comprehensive description of the work performed.**

6. All invoices MUST have a VST, IVR record or approved alternative.

7. Invoices submitted without a VST or its alternative will not be paid.

8. All invoices must contain either the negotiated contract rate and its ancillaries, or the breakdown identified in Paragraph 2, Page D-4.

**INVOICES MUST BE SUBMITTED IN THE APPROVED FORMAT THROUGH THE ONLINE SERVICE PORTAL. NO PAPER INVOICES SHOULD BE MAILED UNLESS REQUESTED.**



**WORK ORDER:**

| | |
|---|---|
| Date Reported: | 11/17/2007 4:08:28 PM |
| Date Committed: | 11/19/2007 5:00:00 PM |
| Priority: | 24 HOURS |

| | | | |
|---|---|---|---|
| Operator ID: | **Cheryl Evans** | | |
| Requester Name: | **MANAGER, Jason** | Alternate Contact: | **ASSISTANT MANAGER** |
| Telephone Number: | **814-749-7872** | Alt Contact Phone: | **814-749-7872** |
| Cost Center: | | | |

| | |
|---|---|
| Location ID: | |
| Description: | **RITE AID STORE -** |
| Mall Name: | |
| Address: | **NANTY GLO , PA 15943-1254 US** |
| Service Location: | |
| Request Code: | **PLUMBING REPAIR** |

**urinal is not operational no water no flush -can use comode until Monday**

Comments: **What is the nature of the problem? urinal not working**
**Is there any flooding as a result of the leak? If yes, dispatch water extraction as a separate work order. No**
**Verify the location of the issue (pharmacy, restroom, outside,etc) n**
**If the leak is outside, has the city performed any recent work? n**
**If the issue is sewage backup, will the store need Water Extraction or Sanitizing work? If yes, dispatch separate work order. Yes**
**Can the area be cautioned off to prevent usage or injury until service (if applicable)? Yes**
**Has the problem caused any damage inside the store? Note the approximate size of the damaged area. no**
**What safety issues (if any) are being caused by the issue (risk of falling, etc.)? no**

| | | | |
|---|---|---|---|
| Provider: | | | |
| Provider Contact: | | | |
| Provider Telephone: | | DNE: | $ |
| Provider Fax: | | Release #: | |

Provider will observe all relevant current code authorities' rules and regulations, including safety regulations, and be licensed, insured, and bonded, as required by applicable state law where work is performed. Provider must check in by calling **1-866-532-9931** when arriving on site.

Provider will not exceed DNE stated above without prior approval. If work is expected to exceed this amount, technician must call the Service Solutions call center at **1-866-532-9927** and provider's service desk must submit a Request for Proposal or Quote on-line.

To ensure the efficient and timely processing of an invoice, follow the instructions set forth below.

To avoid a delay in processing your invoice, please follow these instructions:

Technician must check in and out of the store using the above IVR (Integrated Voice Response) number **1-866-532-9931** (failure to check in and out with the store and IVR system could result in invoice challenge and poor provider scorecard rating).

Submit this work ticket or your company's work ticket complete with Rite Aid store management signature and store stamp. You must submit your invoice online (www.fmpilot.com/riteaid), and attach the signed/stamped work ticket or your payment will be delayed. Paper invoices sent to Rite Aid will not be paid.

Invoices submitted with missing information will be challenged on-line automatically. Invoices that exceed the DNE (Do Not Exceed) stated above or an approved increase.

**** INVOICES SUBMITTED 45 DAYS OR MORE FROM COMPLETION OF WORK WILL NOT BE PROCESSED FOR PAYMENT ****

If these directions are not followed accurately, or if the invoice total is greater than the DNE or the approved increase, the invoice will be returned to you without payment.

Customer Signature: ______________________ Date__________

Vendor Signature: ______________________

| **Online Vendor Invoice** | **(FACILITY MAINT. GROUP)**<br>CAMP HILL, PA 17011<br>Check #:<br>Check Date: **10/25/2007** | **INVOICE**<br>Vendor Inv #:<br>Invoice Date: 10/22/2007<br>Service Date: 10/22/2007<br>Received Date: 10/19/2007<br>Date Approved: 10/22/2007 |
|---|---|---|

**Billing Address:**
RITE-AID CORPORATION
PO BOX 1169 - ATTN: ACCOUNTS PAYABLE DEPT
CAMP HILL, PA 17011-1169

**Location Address:**
RITE AID STORE -
SHENANDOAH , PA 17976-2332
570-462-1924
RIT-00208

**Work details** Status: COMP Batch ID:
W/O# (FWO#) Provider Equipment

**Requested by:**
**Service Details:** Tom stated that the drain on the roof of his drive thru is busted making water overflow and leak. Need fixed asap, techs for equip. won't service until drain is fixed
**Description of Work Done:** **(FACILITY MAINT. GROUP) - 10/22/2007 12:43:49 PM**
Replaced Rubber boot and re-glued PVC assembly at roof drain above drive thru
**********************************************************************
**10/19/2007 11:11:33 AM** changing the scheduled date and the priority per previous note when I talked w/ tom the store mgr. ******************************************************************************
**- 10/19/2007 11:10:02 AM** Called from rite aid and he stated that called him and asked for the details. Tom stated that it was about to rain and offered service for monday and tom said that was reasonable. service on monday 10/22
***************************************************************************** **Terri Sirisakyot -**
**10/19/2007 11:08:25 AM** called and he said at the store told him this was not an emergency call, that monday would be fine to have the work fixed. Tom said its pouring down rain anyways. I changed from P4 to a P24, I said he would be back out there on monday.
***************************************************************************** **Alan Cooper -**
**10/19/2007 10:55:10 AM -** stated that he will accept the work order.
***************************************************************************** What is the nature of the problem? drain on roof of drive thru is busted Is there any flooding as a result of the leak? If yes, dispatch water extraction as a separate work order. No Verify the location of the issue (pharmacy, restroom, outside,etc) drive thru roof If the leak is outside, has the city performed any recent work? no If the issue is sewage backup, will the store need Water Extraction or Sanitizing work? If yes, dispatch separate work order. No Can the area be cautioned off to prevent usage or injury until service (if applicable)? Has the problem caused any damage inside the store? Note the approximate size of the damaged area. no What safety issues (if any) are being caused by the issue (risk of falling, etc.)? not able to perform drive thru equipment service.

| Item # | Description | Line Cost |
|---|---|---|

| Name | Date | Start | Finish | Hours | Rate | OT | Line Cost |
|---|---|---|---|---|---|---|---|
| FACILITY MAINT. GROU | 10/22/2007 | 10:41 | 12:52 | 2.20 | $0.00 | N | $0.00 |
| FACILITY MAINT. GROU | 10/22/2007 | 11:23 | 11:23 | 2.20 | $ | N | $ |

1 Labor costs: $

| Date | Item Description | Quantity | Line Cost |
|---|---|---|---|
| 10/22/2007 | Travel Charge | 1 | $ |

2 Material / Other Costs: $

**Invoice Sub-Total:** $

**Tax:** **$0.00**

**Invoice Total: $**

***Submitted Invoice Total:*** $

*If the submitted total is not the same as the invoice total, you **must click "Submit"** to update the submitted invoice.*

Case ID: 190201821

# RETAIL FACILITIES VALIDATED SERVICE TICKET EXCEPTION FORM

Rite Aid recognizes that the burden of supplying a Validated Service Ticket (VST) in some preventative maintenance programs is overly burdensome and does not add to the value of a negotiated Agreement. In other instances, in coordination and compliance with Rite Aid's accounting compliance policies, the supporting paperwork is a mandatory supplement to invoicing and no exceptions will be made.

If you wish to apply for a VST Exception for your company or a particular service, please fill out the information below and submit it for consideration to:

Robert Fazakerley, Vice President, Retail and Corporate Facilities
Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011

Contractor: ______________________________

Service Type (if all, state All): ______________________________
Please note effective September 1, 2011, NO EXCEPTIONS will be granted for Snow Removal Services.

Service Area(s): ______________________________

Date of Application: ______________________________

Potential Annual Value of Agreement: ______________________________

Contract Date to Start (if multiple, state Multiple): ______________________________

Contract Date to Expire (if multiple, state Multiple): ______________________________

Please describe the method(s) you intend to use in lieu of providing Validated Service Tickets:

______________________________

______________________________

Upon review, your application is- APPROVED ☐ DENIED ☐

| By: | Date | Initial |
|---|---|---|
| Robert Fazakerley<br>VP, Corp. and Retail Facilities | ______ | ______ |
| ☐ Other Department<br>Dept Name__________<br>By __________ | ______ | ______ |

**AFFIRMATION OF SUPPORTING DOCUMENTATION FOR INVOICES**

This statement is designed to be used by Rite Aid Service Providers with a current fully executed preventative service agreement AND approved VST Exception Form. In compliance with Rite Aid's contract Audit provision and further pursuant to Invoice Procedures identified in Exhibit D, this document memorializes an approved exception to the supporting documentation requirements for invoicing in the above referenced documents, as follows:

1. In lieu of a Rite Aid or Service Provider generated Validated Service Ticket, the service provider may provide an internal IVR summary to verify service completions; OR
2. In lieu of an internal IVR or a third-party IVR system designated by Rite Aid, the Service Provider may verify service completions through an internal post-service verification method (e.g. phone call confirmation), and provide a summary copy of verifications; OR
3. In lieu of the above, other advanced technological methods demonstrating service compliance, as demonstrated to and reviewed by Rite Aid representatives;
   AND, in conjunction with 1, 2 or 3.
4. Details of the post-service verification, and/or any additional signed service tickets, must be made available to Rite Aid upon demand, within a reasonable period of time, not to exceed a maximum of thirty (30) days.

The undersigned, being an Owner, Officer or other Principal of the Service Provider, having performed reasonable due diligence, hereby affirms that the charges for Services on the attached invoice are valid, and that Service Provider has complied with the above guidelines.

Service Provider Name: ____________________

By: ____________________

Print: ____________________

Its: ____________________

For (service type): ____________________

Case ID: 190201821

**EXHIBIT E**

**Rite Aid HDQTRS Corp.**
**ADDENDUM #**

| Store | Address | City | State | Zip Code | Program ID | Add/Delete | Effective Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Important Notice:**
To ensure properties are added and or deleted as necessary, and to ensure code compliance, CONTRACTOR must return this addendum, signed by an authorized representative, by mailing/faxing/scanning to Rite Aid within five (5) business days following receipt. Rite Aid will automatically add/delete those site(s) in said addendum and attach the addenda to the Agreement.
Thank You.

**RITE AID:**

______________________________
**Director or Vice President**

**Date:**______________________________

**ACKNOWLEDGED:**

______________________________
**Contract Representative**

**Date:**______________________________